**FILED**

APR 1 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

ORIGINAL

DANIEL L. DUMONDE                           *

#21609-001, MOBILE-B                         *

F.P.C. MAXWELL AIR FORCE BASE                *

MONTGOMERY, ALABAMA, 36112                   *

                                             *   Case: 1:07-cv-00715
                                             *   Assigned To : Robertson, James
                                             *   Assign. Date : 4/19/2007
VS.                                          *   Description: DUMONDE V JEFFERSON CO. ALABAMA, ET AL

JEFFERSON COUNTY, AL.                        *

DEFENDANTS:                                  *

**JURY ACTION**

1. ANDERSON, R. LANIER,III, JUDGE, U.S. ELEVENTH CIRCUIT
   56 FORSYTH AVE. N.W. ATLANTA, GEORGIA, 30303

2. BARBER, DAVID, DISTRICT ATTORNEY, 801 Richard Arrington Blvd.
   -North, Birmingham, Alabama, 35203.

3. BILLINGSLEY, MICHAEL B., Assistant U.S. Attorney, 1801 Fourth
   -Avenue N., Birmingham, Alabama, 35203

4. BLACKBURN, SHARON LOVELACE, CHEIF, U.S. DISTRICT COURT JUDGE
   1729 5th Avenue North, Birmingham, Alabama, 35203

5. DUBINA, JOEL, JUDGE, U.S. ELEVENTH CIRCUIT, 56 FORSYTH AVE.,
   -ATLANTA, GEORGIA, 30303

6. FELTON, JOHN BRADLEY, Asssistant U.S. Attorney, 1801 Fourth-
   -AVE, North, Birmingahm, ALabama, 35203.

7. GONZALES, ALBERTO, U.S. ATTORNEY GENERAL,10th and Constitution
   -AVE.,N.W., WASHINGTON, D.C., 20530

8. HOLLEY, PHIL, AGENT, U.S. SECRET SERVICE, 15 S. 20th Street,
   -Suite 1125, Birmingham, Alabama, 35233

9. LOGAN, PAUL, LT., Jefferson County Sheriff's Dept., 2200 -
   -8th Avenue N., Birmingham, Alabama, 35203

10. JACKSON, BOBBIE, Resident, 3700 CHARLESTON LANE,
    -Birmingham, ALabama

11. MARTIN, ALICE H., UNITED STATES ATTORNEY, 1801 FOURTH AVE.
    -North, Birmingham, Alabama, 35203

12. TICE, VEVERIT WOODROW, SGT., Jefferson County Sheriff's Dept.
    2200 8th Avenue, North, Birmingahm, Alabama, 35203

(I.)

13. HALE, MIKE, SHERIFF, JEFFERSON COUNTY, ALABAMA, 2200 8th-
    -Avenue, North, Birmingham, Alabama, 35203

14. TJOFLAT, GERALD, JUDGE, U.S. ELEVENTH CIRCUIT, 56 FORSYTH
    ST., N.W., ATLANTA, GEORGIA, 30303

15. WEISS, GAIL, U.S. MARSHAL, 1729 5th AVENUE NORTH, -
    -Birmingham, Alabama, 35203

16. U.S. MARSHAL-GAIL WEISS'PARTNER ON APRIL 28,2004, 8.A.M.

17. BARKETT, ROSEMARY, JUDGE, ELEVENTH CIRCUIT, 56 FORSYTH ST.,
    -ATLANTA, GEORGIA, 30303

## JURISDICTION

JURISDICTION OF THIS COURT IS INVOKED BY TITLE 18,U.S.C.-
§1964(a), §1964(c), of THE RACKETEERING INFLUENCED CORRUPT-
ORGANIZATIONS STATUTES SECTIONS.

## JUDICIAL IMMUNITY FROM CIVIL DAMAGES

As QUOTED IN RANKIN V. HOWARD,633 F.2d 844,(1989):

> [10] "But when a Judge knows that he lacks
> jurisdiction,, or acts in the face of clearly
> valid statutes or case law expressly depriving
> him of jurisdiction,judicial immunity is lost.
> See Bradley v. Fisher,80 U.S. (13 Wall.) at
> 351 ("when the want of jurisdiction is known
> to the Judge, no excuse is permissable"); Turner
> v. Raines, 611 F. 2d 92,95 (5th Cir.1980)

THE JUDGES NAMED DEFENDANTS IN THIS COMPLAINT, HAVE ACTED IN

THE FACE OF VIOLATION OF THE CLEAR AND SIMPLE LANGUAGE OF THE

FOURTH AMENDMENT, AND IN THE EVENTS OF THE APPEALS COURT

JUDGES, DID ACT IN FACE OF HISTORICALLY UNCHANGED

STARE DECISIS, INCLUDING SUPREME COURT CASE LAW CONCERNING

THE FOURTH AMENDMENT.

(II.)

## COMPLAINT

IN CONTINUING CONSPIRACY, THE ABOVE NAMED DEFENDANTS DID RUTHLESSLY AND FELONIOUSLY CONNIVE, CONFEDERATE AND CONSPIRE-together and with others, to knowingly and wilfully Injure The Plaintiff, by way of their position of employment, and/or their association with an enterprise engaged in, or the activities of which affect Interstate Commerce: i.e.,"The Jefferson -County, Alabama Sheriff's Department" and did conduct and/or participate directly or indirectly in the conduct of the enterprise' affairs through a Pattern of Racketeering Activity, collection of unlawful debt, and each did commit two or more-predicate acts in furtherance of said conspiracy, and in violation of Title 18, U.S.C. §1962(c),et seq., of the Racketeering Influenced Corrupt Organizations statute.

## INTRODUCTION/SYNOPSIS OF CLAIMS

The events which caused this complaint took place in both Alabama State, and Federal Jurisdictions, and as follows:

IN AUGUST,2003 Plaintiff received a diamond ring from an acquaintance, Wade Richard Walker. Unaware that Mr. Walker had exchanged a Counterfeit Check for this property, Plaintiff sold the ring. Confronted by County Police, Mr. Walker admitted he alone passed the Counterfeit check, but also advised that Plaintiff -"made the check" and gave it to him for this purpose. Mr. Walker WAS NEVER ARRRESTED on the State/County level for this crime. Some two-months after receipt/sale, Plaintiff was-SEIZED FROM HIS HOME by use of a FRAUDULENTLY-CONCOCTED Sworn-Oath Probable Cause-AFFIDAVIT in support of the "Arrest Warrant"

(PAGE ONE)

--HALE, **OPERATOR OF THE ENTERPRISE**, and suing **Sgt. V.W. TICE** for **Illegal Confiscation of Cash And Property** from Plaintiff's Home, and **$494** from **Plaintiff's Wallet**. In a **collection of unlawful debt.**, **V.W. TICE AND LT.PAUL LOGAN DID TRANSPORT THE ILLEGALLY SEIZED FUNDS IN INTERSTATE COMMERCE**, and then gave **Plaintiff's Lawful Currency,** totaling **$1,569** to Detective **RICK HALL,** of Smyrna, Tennessee, <u>without any lawful Authority</u>.

**OPERATOR-SHERIFF MIKE HALE** knew by Plaintiff's lawsuit, and by the previously filed-(UNHEARD)-HABEAS CORPUS, that-(1)<u>THE ARREST WARRANT AND ARREST WAS ILLEGAL</u>, and (2) TICE AND LOGAN HAD STOLEN PLAINTIFF'S MONEY, and acted in assistance of those acts.

**SGT V.W TICE** visited Plaintiff in County Jail on **2/05/2004**, and attempted Coercion, then **trickery**, to obtain a Guilty plea to the "Theft" charge. Plaintiff **refused to write an incriminating story**-"EXACTLY AS (TICE)-DICTATED", and Tice then had Plaintiff brought in front of County Judge **ROBERT G. CAHILL,** who attempted Intimidation of Plaintiff to assistance of **Tice,** <u>by threatening "Contempt"</u>. There were no other proceedings or hearings on any matter, and **CAHILL refused to hear "Motion for Bond Reduction", "Dismissal",** and **Conspired with the Enterprise,** as he <u>KNEW THE WARRANT-FAKE</u>, AND <u>NO ACTUAL JUDGE HAD SET "BOND"</u>.

In answer to Plaintiff's lawsuit **2:04-cv-0570-S**, V.W. TICE-**filed a SWORN AFFIDAVIT IN THE U.S. DISTRICT COURT**-Swearing he-**"DID NOT SEE-(PLAINTIFF)-AFTER HE WAS COMMITTED TO JAIL".** The **Affidavit was PROVEN PERJURED** in fact, to **MAGISTRATE ROBERT ARMSTRONG, who** then "Construed" Tice and Hale's responses as-"Summary Judgement"-in their favor. Judge Bowdrie then **"dismissed** Plaintiff's claims-<u>with Prejudice</u>.

**(PAGE FOUR)**

After that dismissal, a member of the Jeff.Co. Enterprise-Deputy Terry Bell,-**Violently Assaulted Plaintiff** in unprovoked-Attack at the Jail.  Plaintiff again filed suit-**No.Cv-04-3401**,-(pending),and this in part-dismissed against **Sheriff Mike Hale.**

In all, Plaintiff as State detainee **FILED NINE MOTIONS AND-PLEADINGS** to access of those Courts, and **DENIED ALL ACCESS AND -ANY JUDICIAL REVIEW OF ANY MOTION**, including **State Writ of -Habeas Corpus, Ala.§15-21-1**, contesting the False Arrest.

The Pro-Se Motions came up before County Judges-**CAHILL**, then-**VIRGINA VINSON.**"**MOTION for Dismissal**","**MOTION FOR BOND REDUCTION-**"Motion for Appointment of Defense Counsel", were **contemptuously -ignored.** Ultimately, **Habeas Corpus was-Unanswered/SUSPENDED.**

The County Judges, Sheriff Mike Hale and **District Attorney-DAVID BARBER,-REFUSED TO** GRANT, ANSWER , ADDRESS OR **MAKE ANY RETURN TO THE HABEAS CORPUS** claiming that Arrest Illegal.

 As the County Court **unlawfully refused to answer the Writ, in violation of** State Statutes and **Constitutional Guarantees, -**State detainee/Plaintiff **gained Extraordinary Right**, and then **-APPEALED THE WRIT DIRECTLY TO THE ALABAMA COURT OF APPEALS.**

 THen District Attorney BARBER, **fearing that the Appeals Court may require production of a valid arrest Warrant**-(The **ONLY** "**ARREST-WARRANT**" being an **UNRECORDED, FRAUDULENT INSTRUMENT**),-then proceeded in plan **with scheme to (Again)-ELUDE THE EFFECT OF THE PENDING HABEAS CORPUS** then on Appeal, and there DID-CONSPIRE **WITH JOHN BRADLEY FELTON, a** former Deputy District-Attorney and **Employee of David Barber, who only very recently-**

**(PAGE FIVE)**

-- at that time in early **2003**, had become **Assistant United States Attorney** under **U.S. ATTORNEY-ALICE H. MARTIN**.

**D.A. DAVID BARBER DID** Communicate to **A.U.S.A. FELTON**, and together they did plan to **TRANSFER THEN STATE DETAINEE FROM COUNTY JAIL AND STATE JURISDICTION TO FEDERAL CUSTODY**, in violation of **Alabama Code, 1975,-§15-21-11**, While the EX-PARTE **HABEAS CORPUS petition was pending review** in The Court of Appeals, for the **EXPRESS PURPOSE OF AVOIDING THE EFFECT OF THE -WRIT**, and there both did **Conspire** with **ALICE H. MARTIN**, to **ENVOKE FEDERAL JURISDICTION BY ARTIFICE AND SCHEME**, with the intent to force **Plaintiff** to plead **Guilty to the same set of facts then already** on Appeal-**as an illegal Arrest**, harm him financially, and to **PROTECT THE ENTERPRISE OF JEFFERSON COUNTY**, it's Operator-**Sheriff Mike Hale**, and **SGT V.W. TICE AND PAUL LOGAN**, who **DID -KIDNAP PLAINTIFF FROM HIS HOME USING FICTITIOUS- ARREST WARRANT AND FRAUDULENT AFFIDAVIT.**

## FEDERAL INTERVENTION

**U.S. SECRET SERVICE AGENT-PHIL HOLLEY** and another agent visited **PLaintiff/State Detainee** at Jefferson County, AL., Jail, and did attempt to **coerce information and** Plaintiff-**"Handwriting Samples"** and Plaintiff refused. **Agent Holley** then **returned a second time- alone** and attempted to intimidate information/samples by use of "Subpoena"-**signed ONLY BY A DEPUTY CLERK** of The U.S. DIstrict Court, and containing the names of **A.U.S.A. JOHN BRADLEY-FELTON** and **U.S. ATTORNEY ALICE H.MARTIN**. Plaintiff again refused,citing to **Holley** that: **(1) THE SAME SET OF FACTS WERE ON APPEAL --**

**(PAGE SIX)**

STATEMENT OF COMPLAINT

**--IN STATE APPEALS COURT**, and that-

**(2)** State detainee/Plaintiff <u>was **without an attorney**</u>. (3) That-
The Subpoena was **NOT SIGNED BY ANY JUDGE**. Plaintiff wrote a
letter to <u>**U.S. ATTORNEY ALICE H. MARTIN**</u>, apprising her of my
circumstance, and again-<u>**Refusing The Subpoena**</u> and it's Requests.

**ON** <u>**APRIL 28, 2004**</u>, Two U.S. Marshals, including <u>Marshal **Gail**</u>
<u>**-Weiss**</u> came to The Jefferson County, Al., Jail, and <u>over protest</u>
**-CHAINED, SHACKLED AND HANDCUFFED STATE DETAINEE**, REMOVED
PLAINTIFF FROM STATE CUSTODY-**KNOWINGLY-WITHOUT ANY WRIT,**
**WARRANT,INDICTMENT FOUND,-OR ANY JUDICIAL AUTHORITY**, then
transfered State Detainee to Federal Jurisidiction in the **Lock-**
**Up at The** HUGO. L. BLACK COURTHOUSE, at Birmingham, AL.

There,was **FORCED IN FRONT OF FEDERAL GRAND JURY WHILE WEARING-**
**-"PRISON STRIPE" JAIL UNIFORM AND "LEG-SHACKLES"**-and Handwriting
Samples demanded. Plaintiff became ill, and was <u>Allowed to give</u>
<u>samples,-instead-</u>**in The Marshal's Office-AWAY FROM THE GRAND**
**JURORS-AND CONTRARY TO THE STATED PURPOSE IN THE SUBPOENA**. AUSA-
<u>FELTON</u> WAS PRESENT, AND PERSONALLY ORCHESTRATED THE EVENTS.

After the giving of **TEN-PAGES** of **Handwriting Samples** on
Official Secret Service Forms, Plaintiff was just <u>**casually**</u>
<u>**Returned to State Custody at the County Jail**</u>.

**ON** <u>**APRIL 30,2004**</u>, Two Days After **Prejudicial Appearance** in
front of The Grand Jury, Plaintiff was <u>Federally Indicted</u> in **Case**
**No.** <u>**Cr-04-B-0176-S**</u>, for a single violation of **Title 18,USC §513-**
**-(a)**, making, possessing-(**SAME COUNTERFEIT CHECK-FACTS AS IN THE**
**STATE CASE DC-12747, <u>THEN SIMULTANEOUSLY ON HABEAS CORPUS APPEAL-</u>**

**(PAGE SEVEN)**

- -IN THE STATE APPEALS COURT.

Federal Proceeding were then commenced while the same set of facts were on Habeas Appeal-through MAY 19,2004, when that Court DISMISSED THE EX-PARTE APPEAL, -WITHOUT CITING ANY REASONS, IN DEFERENCE TO FEDERAL PROSECUTION, and Plaintiff then "Railroaded" to Federal Trial -without the Issue of ILLEGAL STATE ARREST BEING ADDRESSED, in an UNBROKEN CHAIN OF STATE TO FEDERAL CUSTODY.

ON MAY 18, NINETEEN DAYS AFTER PLAINTIFF WAS ALREADY INDICTED FOR A FORGED-AND COUNTERFEIT CHECK CHARGE, THE U.S. SECRET SERVICE RELEASED IT'S REPORT OF PLAINTIFF'S "HANDWRITING SAMPLES" AND ALL WERE "INCONCLUSIVE" TO ANY GOVERNMENT CAUSE.

In this way, the Three Prosecutors, DAVID BARBER, A.U.S.A JOHN FELTON AND U.S. ATTORNEY ALICE H. MARTIN, did act together with PHIL HOLLEY, and others, in CONSPIRACY TO COVER-UP AND CONCEAL THE FACT THAT THE SEIZURE BY SGT. V.W. TICE AND LT. PAUL LOGAN OF PLAINTIFF FROM HIS HOME BY USE OF FRAUDULENT AND FICTITIOUS ARREST WARRANT AND AFFIDAVIT-          was in fact a -Kidnapping , and to INVOKE FEDERAL JURISDICTION BY ARTFICE -SCHEME AND ILLEGAL ASSIGNMENT.

AS FEDERAL PROCEEDING COMMENCED, A.U.S.A FELTON continued- to offer and ask Plaintiff-(as then Federal Defendant), to - "Plea Out Guilty", in exchange for lienient sentence. Instead, Plaintiff continued to Demand State Arrest Warrant/Affidavit, which were -"MISSING FROM FED DISCOVERY".

As these were(reluctantly) produced only by "Motion to Show Cause", A.U.S.A FELTON, IN (ANOTHER FLAGRANTLY ILLEGAL ACT)-

**--ENTERED THESE FRAUDULENT AND FICTITIOUS DOCUMENTS ON THE RECORD OF THE UNITED STATES DISTRICT COURT AS LEGITIMATE CAUSE FOR STATE ARREST AND CONDUCTING OF A FEDERAL TRIAL.**

That A.U.S.A. FELTON did enter these knowing that same were fraudulent is PROVEN by the fact he **prepared WADE RICHARD WALKER'S PLEA AGREEMENT** MORE THAN THREE MONTHS PRIOR TO THE SEPT.9, 2004 ENTRY OF THE **PROBABLE CAUSE AFFIDAVIT, which** contained the **Exclusive** conduct of Walker, and whereby he Pled Guilty to that Exact Conduct, almost verbatim, as used in The Falsely concocted Probable Cause Affidavit in support of Arrest Warrant that was represented as this then suspects conduct, and where same was represented as legitimate to SEIZE AND -KIDNAP THIS PLAINTIFF FROM HIS HOME.

At trial, The victim and affiant of **The Probable Cause Affidavit, Ms.** BOBBIE JACKSON, testified when **cross-examined,** that **Contrary to the Conduct she described in that SWORN AFFIDAVIT** as it claimed **this suspect -"CAME TO HER HOME"** and gave her a Conterfeit Check in exchange for her diamond ring, **that** she in fact 'NEVER SEEN THIS SUSPECT BEFORE-**ATTACHED R-PAGE 96,** and that She HAD NO PERSONAL KNOWLEDGE THAT ANY CRIME HAD BEEN COMMITTED BY THIS SUSPECT,THEN CRIMINAL DEFENDANT. -(SEE ATTACHED ,R-PAGE 100, Testimony in CR-04-B-0176, SEPT.13, -2004, U.S. District Court, N.D. Alabama. Bobbie Jackson.

(SEE ATTACHED (Federal Habeas Corpus Exhibit-"J"- -AFFIDAVIT).

AFFIANT/VICTIM **JACKSON,** also testified when asked if she appeared in front of a Judge or Magistrate to sign the **Falsely- -Sworn/PERJURED AFFIDAVIT, that** "NOT TO HER KNOWLEDGE"-She had-

--HAD NOT appeared in front of any Judge or Magistrate.

The **Affidavit, and Arrest Warrant's**-Illegible signatures are purported to be signed by a **"JUDGE WATKINS"** (Sheldon Watkins)- which is **TYPED** on the Warrant.

**SUBPOENAS WERE DENIED** FOR JUDGE WATKINS by **Judge Sharon** -Blackburn, along with ALL OTHER SUBPOENA REQUESTS THAT COULD REVEAL THE FRAUD IN OPEN COURT, including **Subpoenas** for SHERIFF- MIKE HALE, and Jefferson County Sheriff's Internal Affairs SGT. -E. MOORE

AFTERWARDS of **Arrest Warrant/Affidavit Affiant and Victim,** Bobbie Jackson's Testimony, **SGt.Tice and Lt. Paul Logan** stated that they in fact had **"Other Probable Cause"**,not previously stated in any other affidavit, and this was **Allowed at that Juncture,** nearly one year after Plaintiff's-"arrest"from his Home, by **Judge Blackburn, which** was a fundamental violation of "THE FOUR CORNERS DOCTRINE", which does not permit the "adding" of Probable Cause after an application is made on **insuffcient**- information, in this case-COMPLETELY FALSE INFORMATION, Proven in open court by The Affiant, Bobbie Jackson herself.

PAUL LOGAN TOOK THE WITNESS STAND AND PERJURED HIMSELF- on SEPT.13,2004, when he testified that at the time Ms. Jackson signed the Probable Cause Affidavit-**"We did not know That"** -(PLAINTIFF)- WAS NOT THE PERSON WHO HAD "COME TO HER HOUSE" AND GAVE VICTIM JACKSON A COUNTERFEIT CHECK), when his own Incident- Reports signed by Logan and Tice, and entered on the Record as "jencks Material", -SHOWED THAT HE AND TICE DID KNOW THAT PLAINTIFF WAS NOT THAT PERSON DESCRIBED IN THE AFFIDAVIT.

JUDGE BLACKBURN ALLOWED SGT.TICE, PAUL LOGAN AND A.U.S.A.-JOHN
-FELTON, HAVING NO LEGITIMATE EVIDENCE OF "COUNTERFEITING" A
-CHECK -by this then defendant , to INTRODUCE EVIDENCE OF UNKNOWN
-ORIGIN: A CHECK-"IMPRINTING MACHINE" claimed to have been found
in Plaintiff's car trunk-TWO WEEKS AFTER THESE SAME COPS SEARCHED
THE SAME CAR FINDING NOTHING like it. This find claimed to have
occurred while Plaintiff-Remained in continuous custody in The
-County Jail. A.U.S.A. FELTON WAS FORCED TO ADMIT THAT HE-"DIDN'T
KNOW HOW IT GOT IN THE CAR". Plaintiff filed Criminal Complaint-
-into the Record, (Entry#56).

Facts on record show that the Enterprise, Tice, Logan, et.al.,
entered into a seperate, but related Conspiracy with The Bessemer,
Alabama Police Dept. to quash the Lawful Arrest of Frances Watts-
in the Burglary of Plaintiff's Home. While attempting to develop
the Burglar-Watts as a witness-after-the-fact-against Plaintiff.
This cost Plaintiff any Recovery of Approx.$4,000 in stolen
items, and was aided and abetted by Judge Blackburn .

THE ONLY PERSON claiming to have any knowledge of Plaintiff's
involvement in the "Counterfeit Check Scheme" was co-defendant-
-Wade Richard Walker. However, Walker testified and Admitted to
-PERJURY in a SWORN deposition to Secret Service Agent Phil
Holley, after first committing Multiple other Counts of Perjury
in denial in open Court. Walker testified that he was Threatened
by SGT. V.W. TICE to give a Statement on The State Level, and
that he lied concerning this Plaintiff's Involvement to Agent
Phil Holley,because he was "Scared of The Secret Service". JUDGE-
BLACKBURN FOUND THIS PERJURY-"CREDIBLE". No Agent or Officer ever
testified to having any Knowledge of Plaintiff Counterfeiting.

(PAGE 11.)

PRETENDING    JURISDICTION,    JUDGE    BLACKBURN    DID-(1)    DENY
SUPPRESSION-INTER-ALIA, of EVIDENCE OF UNKNOWN ORIGIN; (2) DID-
SUBORN PERJURY; (3) HAVE EX-PARTE COMMUNICATION WITH A.U.S.A;
(4)   OTHERWISE   DIRECT   PROSECUTION;(5)DENY   SUBPOENA   REQUESTS-
OF ANY WITNESSES THAT COULD EXPOSE THE FRAUDULENT ARREST.

ALL COLLATERAL ATTACKS AND HABEAS CORPUS PETITIONS WERE DENIED.
JUDGE BLACKBURN SUMMARILY DISMISSED-"MOTION FOR JUDGEMENT OF
-ACQUITAL PURSUANT TO PROOFS-POSITIVE OF UNLAWFUL ARREST", in
effort to conceal fact of illegal Arrest-and LACK OF PERSONAL-
JURISDICTION to conduct a Federal trial based on that "Arrest."
   BLACKBURN   ALSO   SUMMARILY   DISMISSED-"MOTION   TO   VACATE"   in
effort to Conceal The Fact of Insufficient Evidence, and LACK
-OF SUBJECT MATTER JURISDICTION.

JUDGE BLACKBURN DID-OVERRULE AD NAUSEUM OBJECTIONS TO APPARENT
VIOLATIONS OF THE FOURTH AMENDMENT'S PROVISIONS-that Warrants
only issue on PROBABLE CAUSE MADE ON -OATH OR AFFIRMATION"-
particularly describing the person to be seized".

                              (SEE ATTACHED,  R-PAGE  7).
   ON PRETENSE AND COLOR OF AUTHORITY, BLACKBURN DID, WITH
DELIBERATE INTENT  AND   PURPOSEFUL CONTRIVANCE THROUGHOUT THE
FEDERAL PROCEEDINGS, TRIAL AND AFTERWARD, ACT TO HINDER,DELAY
AND PREVENT THE ENFORCEMENT OF LAWS OF THE UNITED STATES AND
IT'S CONSTITUTIONAL PROTECTIONS TO PLAINTIFF, AND OTHERWISE
KNOWINGLY AND WILFULLY CONDUCTED A FEDERAL TRIAL WITHOUT-
PERSONAL JURISDICTION, IN A TRAVESTY, SHAM AND MOCKERY.

                   (PAGE 12.)

In pretense of legitimate proceedings, having **No Legitimate-evidence of the crime charged**, and knowing the "Arrest" to be **-FALSE**, Judge Blackburn **"Convicted"** this then Defendant of his **own stipulation**: That he received the diamond ring from Mr. Walker and sold it to Buck's Jewelers in Smyrna, Tennessee, when this act was not a crime, **nor proven a crime**-and NOT CHARGED IN THE FEDERAL INDICTMENT. **Judge Blackburn assessed UNLAWFUL DEBT**-ordering Restitution to Buck's Jewelers in the Amount of **$7500**, and a **$100** fine. This **unlawful debt** has been collected quarterly.

**In Continuing Pattern of Racketeering Activity**, and in effort to cover-up, conceal **the Felonious Conduct of The Jefferson County, ALabama Sheriff's Dept.-Enterprise**, and to otherwise **pressure and punish Plaintiff into SUBMISSION,** while protecting the enterprise' co-conspirators from Civil and Criminal Liability-i.e. "Damage Control", **JUDGE BLACKBURN DID SENTENCE PLAINTIFF WITHOUT JURISDICTION OR AUTHORITY**, to a Term of 66-MONTHS IN PRISON of **UNJUSTIFIED CONFINEMENT. To reward the so-**called "co-defendant" for PERJURY,in assisting in protecting the **enterprise and co-conspirators** Felony Conduct, **WADE RICHARD WALKER**-the **admitted perpetrator of the crime**-WAS GIVEN PROBATION--ONLY.

## CONTINUING PATTERN OF RACKETEERING

Plaintiff brought a second lawsuit against the Jefferson County, Alabama enterprise-and it's commission, in CIVIL ACTION **No.2:05-CV-721-VEH-RRA**. This suit was filed ONLY AFTER THE STATE-CASE WAS **DISMISSED** June 8,2004, and for State level events-Only.

The Complaint also named the SAME STATE DEFENDANTS-**SGT.V.W. TICE,PAUL LOGAN, BOBBIE JACKSON, D.A.. BARBER, & COUNTY JUDGES,-**

--under **42 U.S.C.§1983-85**, and **CLAIMING** <u>**CONSPIRACY**</u> to Deprive this Plaintiff of Rights under color of Law, Illegal Arrest,etc.

 After the petition was screened by Magistrate Armstrong, the Complaint was allowed to proceed in **Forma Pauperis**-with partial-payments of the filing fee paid every month. When Plaintiff **moved** for <u>Summonses</u> to be issued and served by The U.S. Marshal against the defendants, **Magistrate Armstrong** <u>**demanded $250**</u>, knowing this plaintiff to have insuffcient funds and this demand by **Armstrong** made contrary to **RULE 4(c)(2)**, which states that appointment of The U.S. MARSHAL for service-<u>**MUST**</u> **be made** when Plaintiff is proceeding in Forma-Pauperis pursuant to **28 U.S.C. §1915.**

 As Plaintiff continued to **insist** on the Marshal's service of complaint, <u>**JUDGE SHARON**</u> **LOVELACE** <u>**BLACKBURN**</u>, manipulated the <u>removal of the designated Judge-"VEH"</u> of this suit, and installed herself. After this event, **JUDGE BLACKBURN** <u>DISMISSED</u> <u>THE SUIT WITHOUT PREJUDICE</u>-citing that "some of the same issue -were **On Appeal in The United States Court of Appeals.** Whereas the State events are <u>inextricable</u> to some degree, **This suit was filed ONLY AGAINST THE STATE ACTORS IN THE STATE CASE WHICH HAD BEEN** <u>**DISMISSED**</u> before any suit was filed. In this way,- <u>-**Judge Blackburn continued in Conspiracy to prevent Plaintiff**</u> <u>**from legally adjudicating the FALSE STATE ARREST**</u>-(KIDNAPPING)- in effort to protect the co-conspirators from criminal and civil-liability, even **"Striking from the Record"** a duly filed- **LIS PENDENS** and sending copy of her order to **The Jefferson County,Alabama CLerk/Resgistrar**, to thwart Plaintiff's efforts.

## APPEALS COURT CONSPIRATORS

PLAINTIFF then **APPEALED THE DISMISSAL** of the civil action to **The Eleventh Circuit Court of Appeals**, citing that although the Federal Case-then on direct Appeal-resulted from the State Case events, <u>that case had been DISMISSED</u>, and the complaint concerned only events that transpired on **THE STATE LEVEL ONLY**. At the direction of <u>JUDGE BLACKBURN</u>, APPELLATE JUDGE <u>ROSEMARY BARKETT</u> <u>then dismissed Appeal **No.06-10684-E**</u>-Dumonde v. Jefferson County Circuit Court System",et.al.", while <u>citing that BLACKBURN HAD CERTIFIED THE APPEAL AS "FRIVOLOUS"</u>. Judge Barkett then dismissed the appeal-<u>ALL BY HERSELF</u>-without any other Appellate Judges, where <u>FRAP RULE 27(c)</u>-<u>DOES NOT ALLOW ONE JUDGE TO DISMISS APPEALS</u>

Plaintiff then made Motion for Judge **Barkett's RECUSAL** and reinstatement of the Appeal. Barkett then CONSPIRED with TWO-OTHER APPEALS COURT JUDGES,<u>JOEL F. DUBINA,</u> an **ALABAMA** resident, and <u>GERALD B. TJOFLAT,</u> who together returned an order Aug.8,2006, denying Recusal and Appeal, also citing the Appeal, -<u>"FRIVOLOUS"</u> in the **sham order**. These Judges then and there conspired with <u>Blackburn</u> to protect the illegal activities of the Jefferson-County,Alabama Sheriff's Dept, Enterprise.

## CONTINUING PATTERN ON DIRECT APPEAL

PLAINTIFF TOOK DIRECT APPEAL OF HIS **ILLEGAL CRIMINAL CASE**. Prior to the final disposition, also took Interlocutory Appeal-against the <u>Judgement of Conviction</u>, APPEAL NO.<u>04-15104-I, which became a direct appeal,</u> as the District Court's sentencing went forward in spite of this Appeal-and summary dismissal of "Motion to Vacate". A second appeal at sentencing,<u>NO.12349-I</u>, noticed that-<u>Sentencing was first illegal based on illegal State Arrest.</u>

**ALICE H. MARTIN**, fully aware of the Malfeasance of her Immediate Employee, **A.U.S.A. JOHN BRADLEY FELTON**, instead of intevening and dismissing this case which was clearly conducted without **Personal-or Subject Matter Jurisdiction**, proven Ipso--Facto, inter alia, by The **AFFAINT BOBBIE JACKSON'S TRIAL TESTIMONY**, instead directed A.U.S.A. **MICHAEL B. BILLINGSLEY** to attempt to argue the Appeal(s).

First **Billingsley** attempted to feign Ignorance of the actual content of Appeal No.**15104**, and filed an answer to Interlocutory Appeal 14747, taken during the trial **Objecting to the Denial of -SUBPOENAS** for "Judge Watkins"and others. **When finally answering,** flagrantly asserted that "DuMonde's claim that the Arrest-Warrant was obtained based upon fraudulent Information is **Nonsensical and without merit."** He continues to **PRETEND THAT FOURTH AMENDMENT ALLOWS PROBABLE CAUSE AFFIDAVITS TO CONTAIN THE EXCLUSIVE CONDUCT OF ANOTHER,-AND ADMITS:** "The Victim's description of the individual who came to her home did not match DuMonde because Dumonde was not that individual". (Id.Gov.-Reply Brief, SUMMARY OF ARGUMENT,Page 12,13, January,17,2006.)

**APPEAL No.12349**, Asserted that while the Government seized an illegal arrest, with the direct assistance of A.U.S.A. FELTON'S -SUBTERFUGE, the Government otherwise had **NO SUBJECT-MATTER -JURISDICTION TO CHARGE THIS PLAINTIFF WITH A FEDERAL CRIME UNDER TITLE 18, 513(a)**.

**MICHAEL B. BILLINGSLEY**, DID THEN RESPOND **BY FEIGNING IGNORANCE OF ANY ISSUES IN THE APPEAL.** Instead, (again)employed the tactic of pretending the Appeal concerned Interlocutory Appeal of-

--SUBPOENAS!,-and that the Appeals Court had No Jurisdiction.
Out side of a Serious Mental disturbance, A.U.S.A. Michael B.-
Billingsley, <u>could not have believed his acts to be lawful</u>,
and did <u>intentionally by PERSONAL CONTRIVANCE</u>, at the direction
of -ALICE H. MARTIN, Act to <u>DEPRIVE PLAINTIFF OF FAIR</u>
<u>PROCEEDINGS AND RIGHTS  UNDER COLOR OF LAW</u> and for the Express
Purpose of protecting the cause of <u>A.U.S.A. JOHN BRADLEY FELTON</u>
<u>AND ALICE H. MARTIN</u>, who committed <u>Criminal Acts</u> in furtherance
of this Conspiracy, and in effort to protect <u>Jefferson County,</u>
<u>Alabama Sheriff's Dept., et.al.</u>, from CIVIL AND CRIMINAL
LIABILITY IN THE SEIZURE OF PLAINTIFF FROM HIS HOME BY USE OF
FRAUDULENT AND FICTITIOUS "ARREST WARRANT" INSTRUMENTS, which
were-<u>MANUFACTURED BY SGT. V.W. TICE,PAUL LOGAN,-BOBBIE JACKSON</u>.


## OTHER APPEALS COURT MALFEASANCE

ON <u>JULY 19,2006</u>, U.S. ELEVENTH CIRCUIT APPELLATE JUDGES -
<u>TJOFLAT,ANDERSON and WILSON</u>, Returned a "(DO NOT PUBLISH)" Opinion
consolidating the Two Appeals-<u>04-15104-I</u>,and<u>05-12349-I</u>. In that
Opinion while <u>Pretending</u> Appellant's Issue of "<u>Oath or</u>
<u>Affirmation</u>" concerning the <u>Fraudulent Probable Cause</u>
<u>Affidavit</u>, <u>wasn't raised, otherwise ignored the actual issue</u>.
WITH <u>INTENTIONAL CIRCUMVENTION</u>,- made ruling <u>CONTRARY TO ALL-</u>
<u>CIRCUIT AND SUPREME COURT STARE-DECISIS</u> concerning The Fourth
Amendment's Provisions of "<u>Oath and Affirmation</u>" in Warrant
Affidavits, including contrary to the elementary principal of
the "Four Corners" Doctrine, and proceeded on <u>Pretense</u> and with
<u>PURPOSEFUL CONTRIVANCE</u>, TO AFFIRM THIS PLAINTIFF'S CONVICTION-

--WHILE **CITING IRRELEVANT CIRCUIT CASE LAW**-CONCERNING A-
-**WARRANTLESS ARREST**, when it was clear that the Issue was -
the Fourth Amendment's "Oath or Affirmation" as Plaintiff was-
**SEIZED FROM HIS HOME** BY **FRAUDULENT PROBABLE CAUSE AFFIDAVIT**-
for ARREST WARRANT.   To beleive that this was simply-"Judicial-
-Error", is to believe that **ALL THREE U.S. COURT OF APPEALS**-
JUDGES HERE-**DO NOT UNDERSTAND THE SIMPLE LANGUAGE OF THE FOURTH**
**AMENDMENT**, nor the Issue, Known to be plain wrong to a first-
year Law Student.

THE GOVERNMENT through **ALICE H. MARTIN** and her Appellate
A.U.S.A., -**MICHAEL B. BILLINGSLEY**, **FAILED TO ADDRESS ANY APPEAL**-
ISSUE in Appeal No.**05-12349-I**, including **LACK OF SUBJECT MATTER**-
-**JURISDICTION**.   These Appellate Judges proceeded-Absent any
Government Response-to affirm the Conviction by SPECULATION on
this Issue-without citing ANY LAW. In flagrant **Denial of Due**-
**Process**, additionally held-it was O.K. for Trial-Judge BLACKBURN
**SUBORN PERJURY** (as in her discretion to call perjury-
"Credible"), Ruled it was **O.K.** for Judge Blackburn to **DENY**
SUBPOENAS FOR WITNESSES,INCLUDING "JUDGE WATKINS", (the name
typed **on the** (FICTITIOUS) Arrest Warrant as representing the
**illegible signatures** there); O.K for Judge Blackburn to have-
**Ex-Parte Communications with the A.U.S.A.**,FELTON, that Judge
Blacburn's trial comments that she -"**would give the defendant**-
"**life in Prison" if it were in her power**" did not show Bias,
and these Appelate Judges did **otherwise Paint a Horse with**
**Stripes and call it a "Zebra"**, in effort to **prevent hinder and**
**delay the enforcement of The Laws of The United States**, and did-
by **Artifice** and **Scheme**, **OUTRIGHT DEPRIVE PLAINTIFF OF THE**-

--**PROTECTIONS OF HIS FUNDAMENTAL CONSTITUTIONAL RIGHTS**, while
-**circumventing the Laws of The United States, and did manifest
through words and deeds to** <u>CONTINUE THE CONSPIRACY</u> in a pattern
with <u>**JUDGE SHARON BLACKBURN**</u>, **ALICE H. MARTIN,ET.AL.**, who did
<u>commit criminal acts</u> **for the purpose of Assisting and
protecting** <u>The Jefferson County, ALabama Sheriff's dept.</u> enter-
-**prise,** including **V.W. TICE, PAUL LOGAN, SHERIFF HALE, D.A.
BARBER, who all did participate directly or indirectly in** -
Plaintiff's <u>**KIDNAPPING,**</u> and/or <u>**CONTINUING THE KIDNAPPING,**</u> which
was accomplished by <u>**FRAUDULENT AND FICTITIOUS INSTRUMENTS**</u>
<u>**PURPORTING TO BE "ARREST WARRANT AND "PROBABLE CAUSE AFFIDAVIT"**</u>

APPELLATE JUDGE <u>**GERALD B.TJOFLAT**</u>, also acted **criminally** in
civil case NO.<u>**CV-721-B-RRA**</u>,-"**DuMonde v. Jefferson County Circuit
Court System**" in **CONSPIRACY WITH JUDGES ROSEMARY BARKETT, JOEL
DUBINA, AND** <u>**JUDGE SHARON BLACKBURN**</u>, as Tjoflat had knowledge
of Enterprise'acts in both Civil and Criminal Appeals. **APPELATE
JUDGES** <u>**TJOFLAT,ANDERSON, WILSON, DUBINA-AND ROSEMARY BARKETT,**</u>
**Did** <u>**ACT WILFULLY AS PRINCIPAL**</u> **to** <u>**OBSTRUCT JUSTICE,**</u> **Deprive
Plaintiff of Rights under color of Law**-<u>**With Special
Circumstances,**</u> and otherwise act to <u>**secret-away**</u> and assist in
**Plaintiff's continued** <u>**Kidnapping**</u>, continuing his <u>**FALSE-
IMPRISONMENT,**</u> **by FRAUD AND TRICKERY.**

THE CLERK OF THE JEFFERSON COUNTY CIRCUIT COURT HAS CONFIRMED
by letter to Plaintiff in Prison, that the "Arrest Warrant" and
"Affidavit" are <u>**IN FACT UNRECORDED IN THE CLERK'S FILE**</u> **OR** THE
**DOCKET OF THE STATE CASE HERE**-<u>**DC-03-12747.**</u>

**(SEE ATTCHED EXHIBIT-<u>"L"</u>)**

**(PAGE 19)**

Plaintiff made **"Motion for Immediate Release"** to Cheif Judge-Edmonson, including the Clerk's Letter as Exhibit, and this was **DENIED** by **other** Judges, along with a **60(b) Motion** asserting that the Appellate Opinion Affirming Conviction was a **mistake**, as the clear and simple language of The **Fourth Amendment's "Oath or Affirmation"-DOES NOT ALLOW AFFIDAVITS FOR WARRANTS FOR ONE PERSON-TO BE MIXED WITH THE CONDUCT OF ANOTHER**.

Construed as "Motion for Rehearing" **60(b) Motion** was **DENIED** Sept, 12, 2006, there being **NO MISTAKE THAT THESE JUDGES FROM THE ELEVENTH CIRCUIT INTENTIONALLY FAILED TO UPHOLD THE UNITED STATES CONSTITUTION**-in furtherance of Conspiracy to directly or indirectly protect the **Jefferson County Enterprise**.

## ATTORNEY GENERAL ALBERTO GONZALES

Plaintiff made complaint to The Inspector General of The Dept. of Justice' Office in March, 2006, concerning **Criminal Acts by U.S. ATTORNEY ALICE H. MARTIN**, and A.U.S.A. JOHN BRADLEY FELTON. subsequently MAILED COPY TO **ALBERTO GONZALES**-and requested Investigation and Immediate Release-June 23,2006.

ALBERTO GONZALES was also sent other letter, notifying The Attorney General that serious crimes had been committed against this Plaintiff by members of his Office.

After numerous other copies of various Unheard **Writs of Habeas Corpus and Mandamus** writs were sent to Mr. Gonzales, he was duly Notified under Title 18,§4- and FAILED TO TAKE ANY ACTION.
**Through** willful inaction, after being completely apprised of The Jefferson County,Alabama-Enterprise' Kidnapping of Plaintiff, and the **Malfeasance** of his Immediate U.S. Attorney-ALICE H. MARTIN, and her employee-John Felton **in Assistance** of the **KIDNAPPING**, did-

--while knowing that an Offense against The United States was committed, and assisted by his Immediate Employee-ALICE H. MARTIN, Relieved and Assisted the Offender(s) in the Enterprise, Jefferson County, et.al., to prevent apprehension, trial and punishment, and did act as an **Acessory after the Fact**, and in violation of **Title 18,§3**, through **NONFEASANCE**, did Obstruct Justice by blocking the reporting of Official Crime, and in violation of **Title 18,§1505**, by Felony Omission of Duty to Act, in violation of **Title 18, §2075**, and did act **Wilfully** to Aid and Abet directly or indirectly, as provided by Title 18 §2, in furtherance of KIDNAPPING, in violation of **Title 18,§1201.** **and Depriving Plaintiff of Rights under color of Law, §241,242.**

## PREDICATE ACTS OF OTHER DEFENDANTS

### SGT. V.W. TICE

Did **KNOWINGLY AND WILFULLY FALSIFY CONCEAL AND COVER UP MATERIAL FACTS BY TRICK SCHEME, FORGED-, FACTS,** and **DID MAKE FALSE FICTITIOUS AND FRAUDULENT REPRESENTATIONS BY THIS FALSE WRITING AND DOCUMENT:** i.e. "Arrest Warrant" dated Oct.16,2003, and it's supporting "Probable Cause Affidavit", and in violation of TITLE 18, U.S.C. §1001. and Title 18 U.S.C. **§§241,242.**

SGT. VEVERIT WOODROW TICE, DID USE SAME TO EFFECT A **KIDNAPPING OF PLAINTIFF FROM HIS HOME**, in violation of TITLE 18,U.S.C.§1201. DID COMMIT **PERJURY,** in violation of **TITLE 18 U.S.C.§1621,** by entering on the record of U.S. District Court, a Sworn Affidavit, on two-seperate occasions, knowing same to be Perjured, **violating 18 USC.§1623, OBSTRUCT JUSTICE,** in violation of **TITLE 18, U.S.C. §1505,** and did **CONSPIRE** with others for same purpose in violation of Title 18, U.S.C. §371, and 1962(c) et.

**(PAGE 21)**

PREDICATE ACTS

--and for the purpose of Injuring Plaintiff in his business,
-Property and Income.

## LT.PAUL LOGAN

Supervisor of V.W. TICE, and The Enterprise, Jefferson County,
Alabama Sheriff's Dept., **PAUL LOGAN DID <u>DIRECTLY ASSIST IN THE
KIDNAPPING OF PLAINTIFF FROM HIS HOME</u>** OCT.23,2003, **while
accompanied by V.W. TICE, and others, while using** FICTITIOUS
ARREST WARRANT AND AFFIDAVIT, While **KNOWING THE SAME TO BE HAVE
BEEN FORGED AND MANUFACTURED**, in violation of **Title 18,USC,§1201**.
**and did represent same as Legitimate in a UNITED STATES FEDERAL
COURT, in violation of** 18 USC. §1623,& §1001. Committed Perjury
in open Court in furtherance of the Enterprise, and to cover up
and conceal the fact of Fictitious Warrant and Kidnapping, in
violation of **Title 18, §1651**, with the intention to **OBSTRUCT
JUSTICE, in violation of <u>TITLE 18,U.S.C §1505</u>**, and did Conspire
with others in violation of **Title 18,§§ 371,1962(c)et.seq.**

## SHERIFF MIKE HALE

Was made aware of The Fraudulent Seizure, and in violation of
ALabama State Statute §15-21-11, Did **<u>AVOID THE EFFECT OF WRIT OF
HABEAS CORPUS</u>**, and in furtherance of **<u>Kidnapping</u>**, wilfully acted
as <u>PRINCIPAL</u>, as provided in **Title 18,U.S.C.§2**, to aid and abet
the **<u>KIDNAPPING</u>**, in violation of <u>Title 18, §1201</u>, **while depriving
Plaintiff of Rights while conspiring with others, in violation
of** <u>Title 18, 241,242</u>, and with <u>Special Circumstances</u>, **as Plaintiff
<u>did suffer Bodily Harm</u> while illegally Imprisoned** in Mike Hale's
Jail, **and in violation of** Title 18 U.S.C. §§371, 1962(c)et.seq.
**while as OPERATOR of the Enterprise, Jefferson County, Sheriff.**

**(PAGE 22.)**

## PREDICATE ACTS

### JUDGE ROBERT G. CAHILL.

Judge CAHILL DID DEPRIVE, AND CONSPIRE TO DEPRIVE PLAINTIFF OF RIGHTS UNDER COLOR OF LAW, **by Knowingly and Intentionally Refusing to Hear Any Motions by Plaintiff, Intentionally Failed to Hear- "Motion for Bond Reduction"-Knowing the "Arrest Warrant" and it's provision for Bond** was in fact FORGED, and thereby did assist in- HOLDING PLAINTIFF FOR RANSOM, in Conspiracy of **Kidnapping**, in violation of **Title 18, U.S.C. §1201**, **§241,242, and §1001**.

### JUDGE VIRGINA VINSON

Judge VINSON DID DEPRIVE AND CONSPIRE TO DEPRIVE PLAINTIFF OF RIGHTS UNDER COLOR OF LAW, by **KNOWINGLY AND INTENTIONALLY REFUSING TO HEAR WRIT FOR HABEAS CORPUS**, ALabama Code §15-21-1, **in violation of ALabama §15-21-8-(a)**, and to avoid the Effect thereof in violation of **Ala.§15-21-11**, while KNOWING THE "ARREST" to in fact be a KIDNAPPING, **while knowing the "Arrest Warrant" to be Fictitious, and the "Bond" not to have been Issued or Set by any Actual Judge**, in violation of TITLE 18, U.S.C.§§241,242, and act as Principal,Title 18,§2, in violation of **Title 18, U.S.C.§1201.**, did wilfully act to conceal Material Facts-**Fictitious Arrest Warrant**, in violation of **Title 18,§1001**.

### DISTRICT ATTORNEY DAVID BARBER

**DAVID BARBER DID DEPRIVE PLAINTIFF OF RIGHTS UNDER COLOR OF LAW- FAILED TO PROSECUTE PLAINTIFF AFTER PLAINTIFF DISCOVERED FRAUD- -ULENT "ARREST"**, as BARBER Knew The "Arrest Warrant" to be Fictitious Instrument, acted **Wilfully through NONFEASANCE**, to avoid effect of State Writ of Habeas Corpus, which required Arrest Warrant Copy be produced with **Return to Writ**, Ala.§15-21-17, and- **further acted directly through Malfeasance** to elude,§15-21-11, -

--the effect of the Writ, by Failing to Make RETURN as -Required
by State Statute, and then-ILLEGALLY TRANSFER CUSTODY of State-
Detainee/Plaintiff, knowing the "ARREST"-(KIDNAPPING) to be ON
APPEAL AT THE SAME TIME. BARBER DID CONSPIRE WITH JOHN FELTON
acting - Wilfully pursuant to Title 18, §2, with The Enterprise
in conspiracy to Kidnap, in violation of 18 U.S.C. §1201. Then
did Agree with FELTON and MARTIN, Permitting a SECOND KIDNAPPING
by illegal transfer of Custody in violation of State Statutes,
depriving Plaintiff of Rights- in violation of 18 USC.§§241,242,
In effort to conceal Fictitious Instruments, did Conspire
in the representation of these in The U.S. District Court, in
violation of 18 U.S.C. §1001, and Obstructing Justice-18 USC§-
1505, in furtherance of Conspiracy,-18USC §§371,1962(c)et.seq.

### A.U.S.A. JOHN BRADLEY FELTON

A.U.S.A. FELTON, Former Deputy State D.A. and Barber employee,
did Agree with Barber to cover up and conceal False State
-"Arrest Warrant" documents. Knowing the same set of facts were
on Appeal, acted Wilfully-Title 18 §2, to Illegally Remove State
Detainee from County Jail-WITHOUT ANY JUDICIAL PROCESS, to invoke
Federal Jurisdiction by Artifice and Scheme, depriving Plaintiff
of Rights in violation of Tile 18,USC §§241,242, Obstructing
Justice,violating 18 USC §1505. Then entered the False State
Instruments on Record of U.S. Court as legitimate, in violation
of 18 U.S.C. §1001, and §1623. FELTON proceeded to SUBORN
PERJURY, violating 18 USC §1622, while depriving Plaintiff of
Lawful Property and finances in Conspiracy with the Enterprise,
and in Violation of Title 18 U.S.C. §371, and §1962(c),et.seq.
and 18 USC §1201.

(PAGE 24.)

## PERDICATE ACTS

### ALICE H. MARTIN

The U.S. ATTORNEY, MARTIN, DID **AID AND ABET KIDNAPPING,** while acting as Principal by **Title 18,§2**, to **Kidnap Plaintiff a Second Time,** aid and abet the FIRST KIDNAPPING,in violations of **Title 18, U.S.C. §§1201**, by Supervising the Removal of State Detainee, **ALICE H. MARTIN'S NAME APPEARING** ON AN **INSTRUMENT INVALID** FOR TRANSFER OF JURISDICTION-i.e. "Subpoena" signed ONLY by Deputy Clerk, DID **CONSPIRE WITH DAVID BARBER**, and his Former Employee,being her Immediate Employee-**JOHN BRADLEY FELTON, in effort to cover up and conceal the Fictitious STATE "ARREST WARRANT" AND AFFIDAVIT,** in violation of **TITLE 18,U.S.C. §1001.** and by OBSTRUCTING JUSTICE in violation of **Title 18,§1505,** in -Conspiracy violations of **TITLE 18,§2384, §1962(c)et.seq,** did allow **and Supervise JOHN BRADLEY FELTON** in furtherance of illegal-interests of Jefferson County, Alabama Sheriff's Enterprise.

### SECRET SERVICE AGENT,PHIL HOLLEY

AGENT HOLLEY DID CONSPIRE WITH THE ENTERPRISE THROUGH DIRECTION OF **JOHN BRADLEY FELTON** and **ALICE H. MARTIN**, to **Coerce Information and HANDWRITING from Plaintiff** at **The Jefferson County Jail, Holley did return** Second Time **after being informed by Plaintiff that He was without an Attorney, wished an Attorney present,** and THAT SAME FACTS - **WERE ON APPEAL,** HOLLEY Served- "Subpoena" signed by **ALICE H, MARTIN, JOHN FELTON AND A "DEPUTY CLERK",** as it was not a Judicial Act, Holley did Deprive Plaintiff of Rights under color of Law, in violation of Tile 18,U.S.C. 241,242, and wilfully acted as principal,Title 18 §2 in conpiracy to **Federal Kidnapping,**and cover up State Kidanapping,18 USC.§1201 TO OBSTRUCT JUSTICE BY FORCING PLAINTIFF IN FRONT OF FED-GRAND-

### PREDICATE ACTS

--JURY ON THE BASIS OF THE ILLEGAL SEIZURE CONSTITUTING KIDNAPPING, AND IN EFFORT TO COVER UP AND CONCEAL THE FRAUDUMENT STATE ARREST INSTRUMENTS, IN VIOLATION OF TITLE **18 U.S.C §1505,§1001**. **OTHERWISE HAVING NO PROBABLE CAUSE OF CRIME OF "COUNTERFEITING A CHECK"** BY THIS NOW PLAINTIFF, HOLLEY INTRODUCED A PERJURED DEPOSITION FROM RICHARD WADE WALKER, **AND THEN FAILED TO TESTIFY TO ANY KNOWLEDGE OF ANY CRIME BY THIS THEN DEFENDANT,** and in CONSPIRACY VIOLATIONS OF TITLE 18 U.S.C. §371,§1962(c)

**GAIL WEISS, U.S. MARSHAL, AND HER PARTNER ON APRIL 28,2004.**

ON APRIL 28, 2004, **U.S. MARSHAL GAIL WEISS, AND HER MALE PARTNER, DID CONSPIRE WITH THE ENTERPRISE, as provided by TITLE -18 U.S.C.§2,** To Cover up and Conceal State Kidnapping, by a **SECOND KIDNAPPING,** DID REMOVE THEN STATE DETAINEE-PRE-FED-INDICTMENT, FROM STATE TO FEDERAL CUSTODY-**WITHOUT ANY WRIT, WARRANT, INDICTMENT FOUND OR OTHER JUDICIAL AUTHORITY,** at the direction of ALICE H, MARTIN, JOHN BRADLEY FELTON, and then FORCE PLAINTIFF-UNDER PROTEST - **TO APPEAR IN FRONT OF FEDERAL GRAND JURY WHILE WEARING "JAIL UNIFORM AND LEG-SHACKLES",** in **Violation of Title 18, USC.§§§§§ 1201, 241,242, 1505, 1001,** while in Furtherance of Jefferson County Enterprise Conspiracy, in violation of Title 18 USC.§§371, 1962(c) et.seq.

**MS. BOBBIE JACKSON**

BOBBIE JACKSON CONSPIRED WITH SGT. V.W. TICE AND LT. PAUL LOGAN TO PRODUCE THE PERJURED AND FRAUDULENT "PROBABLE CAUSE AFFIDAVIT-(Exhibit-J")", THERIN SWEARING THAT PLAINTIFF-"CAME UP TO HER HOME" AND GAVE HER A COUNTERFEIT CHECK", WILFULLY SIGNED THIS FALSE STATEMENT-KNOWING THE SAME TO BE UNTRUE at-

## PREDICATE ACTS

-the time of the signing. Jackson also swore there that she appeared in front of a Judge or Magistrate-**"Judge Watkins"**, later testifying contrary. **JACKSON KNOWINGLY VIOLATED TITLE 18, U.S.C. §1001**, later **OBSTRUCTED JUSTICE** by conspiring with A.U.S.A. JOHN FELTON, et.al., to bring this Fraudulent Document into U.S. DISTRICT COURT, in violation of 18 USC.§§ 1505,1623 otherwise committed **PERJURY** in violation of **Title 18, USC §1621**, in **Willful** assistance -Title 18,USC §2, did act as principal in Plaintiff's KIDNAPPING, by use of same Fraudulent Instruments, -FICTITIOUS ARREST WARRANT **AND AFFIDAVIT**, in violation of **TITLE 18 U.S.C. §1201**, Conspring in violation of **Title 18,U.S.C. §371**, and **§1962(c),et.seq.**

## MICHAEL B. BILLINGSLEY.

KNOWINGLY AND WILLFULLY CONSPIRED WITH THE ENTERPRISE, JEFFERSON COUNTY, AT THE DIRECTION OF HIS IMMEDIATE SUPERVISOR, **ALICE H. MARTIN**, DID **CONSPIRE TOGETHER**, BY FORCE OF THEIR OFFICE, TO PREVENT, DELAY AND HINDER THE **EXECUTION OF LAWS OF THE UNITED STATES**, SPECIFICALLY THE FOURTH AMENDMENT'S LITERAL LANGUAGE, AND IN SEDITIOUS ABROGATION THEREOF, **IN VIOLATION OF TITLE 18, U.S.C.§§2384**, did submit Government Appellate Reply Briefs, two seperate times, with the intent to circumvent Fundamental **Constitutional** Protections to PLaintiff, in furtherance of Conspiracy to KIDNAP,acted as Principal ,18 USC§2 and violation of Title 18 USC **§1201**, Obstructing Justice,§1505, in furtherance of Conspiracy, **Title 18, USC §1962(c)**, et.seq,

## PREDICATE ACTS

U.S. DISTRICT JUDGE, SHARON LOVELACE BLACKBURN

IN SEDITIOUS CONSPIRACY INCORPORATING FINANCIAL INJURY UNDER
R.I.C.O. Statute, Judge Blackburn did, <u>WILFULLY</u> VIOLATE HER
JUDICIAL OATH TO UPHOLD THE UNITED STATES CONSTITUTION, AND IN
CONSPIRACY TO PROTECT THE JEFFERSON COUNTY, ALABAMA SHERIFF'S
DEPT.-ENTERPRISE, BY FORCE OF HER OFFICE, ACT TO PREVENT, DELAY
AND HINDER THE <u>EXECUTION OF THE LAWS OF THE UNITED STATES</u>,
-SPECIFICALLY THE <u>FOURTH AMENDMENT'S</u> PROVISION THAT-"<u>No Warrants
Shall Issue</u>-except upon PRobable Cause,made on -"<u>Oath or
Affirmation, PARTICULARLY DESCRIBING THE PERSON TO BE SEIZED</u>",
and in <u>VIOLATION OF TITLE 18, U.S.C. §2384</u>.

Knowing that a warrant Affidavit contained the Exclusive-
Conduct of Another, <u>While CONDUCTING A  SHAM TRIAL IN CLEAR
ABSENSE OF PERSONAL JURISDICTION,</u> DID <u>SUBORN PERJURY, in violation
of Title 18,USC.§§§§1622,</u> While <u>OBSTRUCTING JUSTICE</u>-in violation-
of <u>TITLE 18,USC.§§1505,</u> while <u>Depriving Plaintiff of Rights under
Color of Law,</u> in <u>violation of Title 18, U.S.C.§§241,242,</u> DID ACT
<u>WILFULLY </u> pursuant to <u>TITLE 18,§2,</u> while aiding and abetting  a
<u>KIDNAPPING,</u> IN VIOLATION OF <u>TITLE 18, §1201,</u> and in a Facade
of Legal Proceedings, did <u>Ilegally commit Plaintiff to</u> PEONAGE
in a <u>Federal "Work Camp",</u> in <u>violation of Title 18,USC, §1581.</u>

BLACKBURN DID KNOWINGLY DEPRIVE PLAINTIFF of Approx. <u>$2500</u> ,
illegally seized by the Enterprise, and brought into the U.S.
District Court. Subsequently <u>Refused to Address Motion for Return
Of said Property,</u> damaging Plaintiff in his <u>Prospective Music
-Business,</u> by loss of irreplacible **Music C.D.'s**, and more than
**$34,000** Total Damages. Blackburn did <u>impose and collect Unlawful-
Debt</u> of **$7600.00**, and act to prevent Just Compensation of <u>Illegal
-Arrest Detention.</u>

(PAGE 28.)

## PREDICATE ACTS

**JUDGE ROSEMARY BARKETT**

After Judge Blackburn first-"**dismissed suit-No. CV-05-721-B-**
**-RRA,-"WITHOUT PREJUDICE"**, Plaintiff Appealed to Eleventh-
Circuit. **Blackburn then contacted JUDGE BARKETT**, and
together they agreed to Deprive Plaintiff of Rights under
color of Law, in **violation of Title 18, U.S.C.§§241,242**. With
Intention to **OBSTRUCT JUSTICE** in **violation of 18 U.S.C. §1505,**
Barkett then **DISMISSED SUIT ALL BY HERSELF, contrary to** Rules
Of Appellate Procedure, Rule 27(c). When Plaintiff complained
by Motion for Barkett's Recusal, and Reinstatement of Appeal,
while explaining that **The Proximate Cause of The Suit was a**
**DISMISSED STATE CASE,(DC-03-12747,** complaining of ILLEGAL
STATE "ARREST"-DETENTION ONLY, **BARKETT** then agreed with **JUDGES**
**GERALD TJOFLAT,** and **JOEL DUBINA,** issuing another order
Dismissing the Suit as "FRIVOLOUS". Judges Dubina and Tjoflat
then and there **CONSPIRED TO OBSTRUCT JUSTICE,** in violation
of 18 USC **§1505.**

**JUDGES GERALD TJOFLAT, AND JOEL DUBINA then and there**
**CONSPIRED TO ILLEGALLY PROTECT THE JEFFERSON COUNTY, ALABAMA,**
**SHERIFF'S ENTERPRISE from Civil and Criminal liability,**
**depriving Plaintiff of Rights under color of Law,** violating
**18 USC §241,242,** while conspiring in **violation of 18 USC-**
**-§371, 1962(c)et.seq,** to prevent Plaintiff from receiving Just
Compensation of at least 1,000,000 Dollars, and to otherwise
allow the defendants of the Enterprise Jefferson County,
Alabama Sheriff's Dept, et.al., to escape liability by
transfer of monies and asssets liable in that cause, therby
acted to prevent, hinder the execution of the Laws of The
United States,**violation of 18 U.S.C.§2384.**

## PREDICATE ACTS

In effort to protect the Jefferson County, ALabama Sheriff's Dept. Enterprise, <u>clearly guilty of serious Felonies,</u> DID CONSPIRE AND AGREE WITH DISTRICT COURT JUDGE SHARON LOVELACE-BLACKBURN TO ASSIST THE ENTERPRISE- BY CIRCUMVENTING THE LAWS OF THE UNITED STATES. THUS ACTED TO PREVENT, HINDER AND DELAY THE EXECUTION OF THE FUNDAMENTAL LAW OF THE UNITED STATES CONSTITUTION, SPECIFICALLY THE <u>FOURTH AMENDMENT</u>"S PROVISION THAT "NO WARRANTS SHALL ISSUE EXCEPT UPON PROBABLE CAUSE,MADE ON "OATH OR AFFIRMATION" "PARTICULARLY DESCRIBING THE...PERSON TO BE SEIZED". Thereby did deprive Plaintiff of Rights under color of Law in a <u>SHAM</u> RULING, in violation of <u>18 USC §§241,-242,</u> while <u>VIOLATING TITLE 18 U.S.C. §2384.</u>

These "Honorable" and learned Jurists <u>violated their</u> <u>Judicial Oath to Uphold the U.S. constitution while using</u> **IRRELEVANT CASE LAW CONCERNING PROBABLE CAUSE FOR-A "WARRNTLESS-ARREST, DID <u>AFFIRM PLAINTIFF'S CONVICTION AND</u> <u>BY PURPOSEFUL CONTRIVANCE, -IGNORE THE ¬IPSO FACTO- FACT THAT</u> <u>PLAINTIFF WAS-SEIZED-FROM HIS HOME BY USE OF FRAUDULENT</u> <u>PROBABLE CAUSE AFFIDAVIT</u>**-CONTAINING THE EXCLUSIVE CONDUCT OF ANOTHER PERSON. WHILE <u>OBSTRUCTING JUSTICE,</u> **18 U.S.C.§1505.**

Judges Tjoflat, Anderson and Wilson, did in treasonous turpitude CONSPIRE WITH TO PROTECT THE **FELONIOUS ACTS OF THE JEFFERSON COUNTY ,ALABAMA ENTERPRISE,** while directly sustaining Plaintiff's <u>KIDNAPPING,</u> in violation of <u>Title 18 USC §1201,</u> acted as Principal pursuant to <u>18 USC §2,</u> to defraud Plaintiff of Just Financial Compensation from the -Enterprise, in a continuing Pattern of CONSPIRACY, in violation of Title 18, U.S.C.§1962(c).

## DAMAGES

The Jefferson County Enterprise did deprive and defraud Plaintiff of Lawful Property, and continues in Damages, as follows:

**Illegally Seized:**

**$1,065 Cash.**
**$ 494.00 Cash**
**$  10.00 Cash**
**Property:**
  **One New Gibson "SongBird" Guitar....Replacement Value-$2000.00**
  **Breif Case, Music Cd's, Business papers..........Apprx-$2500**
Other Damages

ALL CONTENTS OF HIS HOME, loss directly caused by Jefferson-County, Alabama Sheriff's Enterprise...............Approx **$4,000**

**TOTAL CASH AND PROPERTY: $10, 069**

**OTHER LOSS**

**S.S.I BENEFITS @ 557.00 per Month X 42-Months-(CONTINUING)**
                    ......................**Approx.-$23,000**

**JUST COMPENSATION FROM JEFFERSON COUNTY,ALABAMA ENTERPRISE**

                  ....Estimated Loss....**$1,000,000.**
                  **TOTAL CLAIMS**

CLAIM FOR DAMAGES IN **1962(c)** et seq. CONSPIRACY-
            APPROX. TO DATE..............**$1,033,069**
                        **-X-3.**

**(PAGE 31).**

## IN SUMMARY

PLAINTIFF WAS RUTHLESSLY SEIZED BY THE JEFFERSON COUNTY, ALABAMA SHERIFF'S ENTERPRISE, BY USE OF <u>FRAUDULENT AND FICTITIOUS ARREST WARRANT AND PROBABLE CAUSE AFFIDAVIT</u>. THE DEFENDANTS, EACH ONE AFTER THE OTHER CONSPIRED TO CONCEAL, COVER-UP, ASSIST THE ENTERPRISE, BY PUNISHING PLAINTIFF FOR INSISTING ON HIS CONSTITUIONAL RIGHTS-AND JUST COMPENSATION OF ILLEGAL ARREST AND DETENTION-CONSTITUTING A <u>KIDNAPPING</u>. THEREBY DID FINANCIALLY INJURE THE PLAINTIFF, AND CONTINUES IN CONSPIRACY TO CAUSE FURTHER INJURY.

## RELIEF AND DEMAND FOR JURY TRIAL

THE DEFENDANTS SHOULD BE MADE TO ANSWER. THIS SUIT IS FILED AS A <u>CONTINUING CONSPIRACY</u>, AND OTHER DEFENDANTS WILL -LIKELY BE ADDED. <u>PLAINTIFF IS ENTITLED TO DAMAGES</u>. A <u>JURY-TRIAL, PURSUANT TO THE 7th AMENDMENT, IS DEMANDED.</u>

That the above is true is sworn under penalty of Perjury, and Plaintiff asserts same can be Proven Conclusively in A Fair Tribunal, at any time.

SWORN ON MY OATH, and Title 28 U.S.C. §1746,
COMPLAINT SUBMITTED THIS /3 DAY OF APRIL,2007,

By-

/s/ _[signature]_
DANIEL L. DUMONDE, PLAINTIFF, PRO-SE
#21609-001, MOBILE-B
F.P.C. MAXWELL AIR FORCE BASE
MONTGOMERY, ALABAMA, 36112

*
<u>6-EXHIBITS ATTACHED.</u>

(PAGE 32)

JS-44
(Rev.1/05 DC)

**I (a) PLAINTIFFS**

*Daniel L. Dumonde*

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

*Pro Se JR*

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
*# 21609-001*

**DEFENDANTS**

*Jefferson County, Alabama et al*

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

**JURY ACTION**

Case: 1:07-cv-00715
Assigned To: Robertson, James
Assign. Date : 4/19/2007
Description: DUMONDE V JEFFERSON CO. ALABAMA, ET AL

**II. BASIS OF JURISDICTION**

(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government
Plaintiff

☐ 3 Federal Question
(U.S. Government Not a Party)

⦿ 2 U.S. Government
Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties
in item III)

**III CITIZENSHIP**
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CASE ASSIGNMENT AND NATURE OF SUIT**

(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

☐ **A. Antitrust**

☐ 410 Antitrust

☐ **B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

☐ **C. Administrative Agency Review**

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

☐ **D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

☐ **E. General Civil (Other)** OR ⦿ **F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
⦿ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

17

| ☐ **G. Habeas Corpus/** **2255** | ☐ **H. Employment** **Discrimination** | ☐ **I. FOIA/PRIVACY** **ACT** | ☐ **J. Student Loan** |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student<br>Loans (excluding veterans) |

| ☐ **K. Labor/ERISA** **(non-employment)** | ☐ **L. Other Civil Rights** **(non-employment)** | ☐ **M. Contract** | ☐ **N. Three-Judge Court** |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights<br>Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-<br>Employment<br>☐ 446 Americans w/Disabilities-<br>Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment &<br>Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of<br>Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting<br>Rights Act) |

**V. ORIGIN**

◉ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

*18 USC 1964     RICO —*

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23   **DEMAND $** _____ Check YES only if demanded in complaint **JURY DEMAND:** ◉ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☐ YES ☐ NO   If yes, please complete related case form.

**DATE** *4.17.07*   **SIGNATURE OF ATTORNEY OF RECORD** *UCD*

---

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd



Bess.

| STATE OF ALABAMA UNIFIED JUD. SYSTEM | | AFFIDAVIT / WARRANT | | CASE NUMBER | | |
|---|---|---|---|---|---|---|
| FORM DC - 6J    7/89 | *2031409?* | | | ID **03** | YR | NUMBER **12747** |

IN THE DISTRICT COURT OF JEFFERSON COUNTY

| | AGENCY: | JEFF CTY SHERIFF | WARRANT NO. | 418453 |
|---|---|---|---|---|
| THE STATE VS.    DUMONDE, DANIEL LAFITTE | OCA: | 003087658 | JCID NO. | 178493 |

| SHERIFF'S INFORMATION: | SEX MALE | EYE BLUE | SKIN | NEAR 51 | YEARS OLD |
|---|---|---|---|---|---|
| | RACE WHITE | HAIR BROWN | WEIGHT ABOUT    195  LBS. | DOB ABOUT    3/31/1952 | |
| | HEIGHT ABOUT  5 FEET  10  INCHES | | SSN 077687398 | | |

ADDRESS:  324 WASHINGTON ST  ~~1029 13th AVE~~  EMPLOYER: DISABLED
BESSEMER AL         35020  Bess 35020

REMARKS:    AKA    GOLDBERG, LENNY       SPENCER, DANIEL
FITTER, MARSHALL                JACKSON, CURTIS

*1826 13th ST N, Bess 35028*

---

COMPLAINT:

PERSONALLY APPEARED BEFORE THE UNDERSIGNED AS MAGISTRATE/JUDGE OF THE DISTRICT COURT OF JEFFERSON COUNTY, IN AND FOR SAID COUNTY   JACKSON, BOBBIE D                           WHO BEING DULY SWORN, SAYS THAT
    DUMONDE, DANIEL LAFITTE                     WHOSE NAME IS OTHERWISE UNKNOWN TO AFFIANT, IN SAID COUNTY
    DID KNOWINGLY OBTAIN OR EXERT UNAUTHORIZED CONTROL OVER, BY DECEPTION,
    1 DIAMOND RING $25,050.00

**COMMITTED TO JAIL**
**OCT 23 2003**
**MIKE ~~HALE~~**
**SHERIFF**

THE PROPERTY OF   BOBBIE D JACKSON
WITH THE INTENT TO DEPRIVE THE OWNER OF SAID PROPERTY, IN VIOLATION OF SECTION
13A-8-3 OF THE ALABAMA CRIMINAL CODE

AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA. SUBSCRIBED AND SWORN TO BEFORE ME THIS   16  DAY OF   OCTOBER     2003

_____          _____
MAGISTRATE/JUDGE OF THE DISTRICT COURT OF JEFFERSON COUNTY          AFFIANT

---

TO ANY LAWFUL OFFICER OF SAID STATE,
    YOU ARE HEREBY COMMANDED TO ARREST    DUMONDE, DANIEL LAFITTE             AND BRING HIM OR HER BEFORE
    THE JUDGE OF THE DISTRICT COURT OF JEFFERSON COUNTY, AT THE PRESENT TERM OF SAID COURT, TO ANSWER THE STATE OF
    ALABAMA ON A CHARGE OF   THEFT OF PROPERTY FIRST DEGREE (DECEPTION OVER $2500)
    PREFERRED BY   JACKSON, BOBBIE D            WITNESS MY HAND THIS   16  DAY OF   OCTOBER     2003

    OFFENSE CODE    23990112          _____
                                      MAGISTRATE/JUDGE OF DISTRICT COURT OF JEFFERSON COUNTY

---

BOND
    THE OFFICER ARRESTING MAY ADMIT THE DEFENDANT TO BAIL UPON HIS OR HER ENTERING INTO BOND IN THE SUM OF
    $100,000  DOLLARS WITH TWO GOOD SECURITIES APPROVED BY SAID OFFICER.

                                      _____
                                      MAGISTRATE/JUDGE OF DISTRICT COURT OF JEFFERSON COUNTY

---

COMMENTS:                  MAHON          /CGDK    88961806
    AT LARGE; BOND JUDGE WATKINS

JUSTICE, V W              JCSO   03087658   **FILED**      00000
    RECEIPT                              EXECUTION

*EXHIBIT "G"*

**07 0715**

Received In Office: _____    Executed by Arresting the Within Named Defendant and _____
                               ☐ Committed _____    ☐ Released on Bond Date: _____

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

# DEPOSITION

INTAKE NO. 8896180ь

Date: 10/16/3
Issued: 4/14/3
Refused: _____
Referred: _____
Bond: 100,000
Magistrate: SW

Personally appeared before me __BOBBIE D. JACKSON__ JUDGE
being by me first duly sworn, deposes and says:                    (Affiant)

On  8 25 2003  1230  PM _____ , at  AND 9 PM  3700 CHARLESTON LANE  BHAM AL
        (date and time)                                        (location)

the following incident occurred: Defech came to my home Said
he was Paul Moores Son. Presented me with
a Counterfit chashies checks in exchange for
my diamond Ring - center stone 4½K & 2 K on side

SUSPECT INFORMATION

Name: DUMONDE, DANIEL LAFITTE

                                    Race  W  Sex  M  DOB  3 31 1952
Aliases/Description:  GOLDBERG, LENNY      HAIR  BRO  EYES  BLU

Hgt ___5___ ft ___10___ in Wgt ___195___ Work: _____DISABLED_____

Res. Add:  J24 WASHINGTON ST      BESSEMER AL      35020

SS #:  077 68 7398      FBI #:  BH   AL      FPC #: _____

Prior Record?  YES _____ Relation to Victim: _____

VICTIM    JACKSON, BOBBIE D            DOB 03021932 RACE W  SEX F
          3700 CHARLESTON LANE
          BHAM AL          35216      HOME  402 2446    WORK    243 0302
                (name and address)

OFFICER IN CHARGE OF CASE              Does victim have prior record? ___NO___

   TICE, V W                 JCSO 03087658        BADGE #
   HOME  521 J571   WORK  972 0462   OCA  003087658   ORI  AL0010000
                                (name, jurisdiction, case no., phone no.)

OTHER

                            X
In custody? Yes _____ No _____ If yes, where? ___x___        AT LARGE
Is this case a Bham Bail Warrant? Yes _____ No _____ Has case been previously discussed with DA or Magistrate?
Yes _____ No _____ If yes, with whom? _____

OFFENSE:  THEFT 1 _____

EXHIBIT "J"

_____                              x Bobbie D Jackson
   Magistrate                                  Affiant

1  actually the ring, if it were in a nice jewelry store
2  somewhere, would sell for between thirty and thirty-five
3  thousand at that time.
4  Q.   And is that ring very distinguishable?
5  A.   Yes, because of the color.  It's an argyle diamond from
6  Europe, and there's only one mine in Italy that mines these
7  diamonds.  And it's listed in a book that's in the jeweler's --
8  Ron Redding, who was the appraiser, had the book that this ring
9  was numbered and listed in -- this diamond was numbered and
10 listed in.
11        MR. FELTON:  I believe that's all I have at this
12 time, Your Honor.
13        THE COURT:  All right.
14                CROSS-EXAMINATION
15 BY DEFENDANT DUMONDE:
16 Q.   How are you doing, ma'am?
17 A.   How do you do?
18 Q.   Okay.  Have you ever seen me before, ma'am?
19 A.   No.
20 Q.   You had said that -- you had said that Daniel Lafitte
21 Dumonde had called you.  Now, you don't know who the person
22 was that called you pretending to be the father?  You had
23 never met him?
24 A.   I never met him in person, no, sir.
25 Q.   But he spoke to you on the phone?

1  warrant?

2          THE COURT:  No, sir.

3          DEFENDANT DUMONDE:  I mean, swearing to something on

4  a person that you don't know.

5          THE COURT:  Did you learn at some point that there

6  was information that the defendant might be involved in this,

7  that Mr. Dumonde might be involved in this?

8          THE WITNESS:  Yes, ma'am, I did.  I learned through

9  Sergeant Logan -- through Lieutenant Logan and Sergeant Tice,

10  who had done all the research on this, and found who he was and

11  where he was and where he lived and where he was located.

12          And then I gave a description -- I drew a description

13  of the young man, but I had never seen him before until I saw

14  his picture that they had.

15          THE COURT:  All right.

16  Q.  (By Defendant Dumonde)  So you couldn't honestly

17  testify and say that I knowingly obtained anything from you?

18          MR. FELTON:  I object, Your Honor.

19          THE COURT:  Overruled.

20  A.  I don't understand what you're asking me.

21          THE COURT:  Do you have any personal knowledge of

22  your dealings that this man was involved?  That's the question.

23          THE WITNESS:  Oh, no, huh-uh.

24          THE COURT:  All right.  Go ahead.

25          THE WITNESS:  I just got it all from authorities.

TESTIMONY OF BOBBIE JACKSON, CASE No.CR-04-B-0176
SEPT.13,2004. AFFIANT OF EXHIBITS "J",-G"
"ARREST WARRNT &AFFIDAVIT".

1  can refute it, including the arresting officers.

2          THE COURT:  Let me say this:  If this is not an

3  objection to the Presentence Report --

4          THE DEFENDANT:  It is.

5          THE COURT:  No.  If this is about the search

6  warrant or anything about your arrest -- what is it then?

7          THE DEFENDANT:  It's that the deposition is not my

8  conduct for the original arrest warrant, and this has been

9  proven beyond any fact.  And no one can refute it.  It's

10  universal law that you can't have probable cause for an

11  arrest using someone else's conduct.  That's why I say it's a

12  travesty and a sham.  This started out one document, this

13  whole trial --

14          THE COURT:  Mr. Dumonde, we've talked about this at

15  length during your trial.

16          THE DEFENDANT:  Ad nauseam.

17          THE COURT:  We are not going to talk about it

18  anymore.  I've overruled that objection.

19          THE DEFENDANT:  Then you are violating your

20  judicial oath to uphold the United States Constitution.

21          THE COURT:  All right.  Your next objection

22  actually did not specifically contain any objections to the

23  guideline range.

24      I'm now going to go to the government's objection.  One

25  you, moved for a Motion For Upward Departure based on the

**ANNE-MARIE ADAMS, CLERK**
Jefferson County Circuit Court, Criminal Division
Room 901 Mel Bailey Justice Center
801 Richard Arrington, Jr., Boulevard, North
Birmingham, Al 35203

Date:   10/31/05

To:    Daniel L Dumonde

Dear Sir:

Enclosed are the documents you requested.

These documents are not in the clerk's file:  Arrest Record, Forensic Report,
Investigative reports, officer or witness lists or statements, court reporter trial transcripts,
notice of intent to enhance as HFOA per statute, sentence colloquy, search warrants or
PSI (probation) reports.

Sincerely,

*Anne-Marie Adams*

Anne-Marie Adams, Clerk
Circuit Criminal Court, Jefferson County

NOTE: DOCUMENTS REQUESTED AND ENCLOSED WITH
-THIS WERE THE "DOCKET SUMMARY"FOR DC-03-12747-
WHCIH SHOWED NO-"ISSUANCE"OF ANY ARREST WARRT.