RECEIVED
MAY 29 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DANIEL L. DUMONDE,
-PLAINTIFF,

V.

JEFFERSON COUNTY, ALABAMA;

CASE NO.1:07-CV-0715-JR.

**PROOF OF SERVICE**

COMES NOW THE PLAINTIFF, DANIEL L. DUMONDE, PRO-SE, and files PROOF OF SERVICE in this Court.

Except for defendant BOBBIE JACKSON, ALL Defendants have been served SUMMONS AND COPY OF COMPLAINT.

Efforts have been made to serve Defendant BOBBIE JACKSON, and a "Track and Confirm" Post Office Print-out shows NOTICE WAS LEFT. Additional Efforts will be made until such time service is successful, or until such time it has been determined that this defendant is refusing or avoiding service, when service by the U.S. Marshal shall be initiated by Plaintiff.

( U.S. POSTAL SERVICE-"Track and Confirm" DATED 5/21/2007--ATTACHED.)

COPIES OF POSTAL CERTIFIED MAIL RETURNS FOR SIXTEEN-(16) ORIGINAL-DEFENDANTS ARE HERE ATTACHED ON FOLLOWING PAGES. THE ORIGINAL-GREEN POSTAL RETURNS HAVE BEEN PROVIDED TO THE CLERK OF THIS COURT.

DONE, THIS 22 DAY OF MAY, 2007.

So Sworn under penalty for Perjury, and 28 USC §1746,

By- /s/ [signature]

DANIEL L. DuMONDE, PLAINTIFF, PRO-SE

**SERVICE DATE**

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JUDGE LANIER R. ANDERSON
U.S. ELEVENTH CIRCUIT
56 FORSYTH ST. N.W.
ATLANTA, GA.
30303

COMPLETE THIS SECTION ON DELIVERY

A. Signature X B. Green ☐ Agent ☐ Addressee

B. Received by (Printed Name) B. Green

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

MAY 07 2007

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7005 3110 0003 3638 6541

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**MAY 7, 2007**

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DIST. ATTORNEY, 10th Judicial
-DAVID BARBER
801 Richard Arrington Jr.
-Blvd. North Room L-01
BIRMINGHAM, ALABAMA
35203

COMPLETE THIS SECTION ON DELIVERY

A. Signature X Edwin Johnson ☐ Agent ☐ Addressee

B. Received by (Printed Name) EDWINA JOHNSON

C. Date of Delivery 5/4/07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7005 3110 0003 3638 6558

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**MAY 4, 2007**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

A.U.S.A-MICHAEL BILLINGSLEY
1801 FOURTH AVE. North
BIRMINGHAM, ALABAMA
35203

A. Signature X [illegible] ☒ Agent ☐ Addressee

B. Received by (Printed Name) [illegible] Bandy

C. Date of Delivery 5/3/07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7005 3110 0003 3638 6619

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**MAY 7, 2007**

(PAGE TWO)

SERVICE DATE

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JUDGE SHARON LOVELACE-
-BLACKBURN
1729 5th AVENUE, North
BIRMINGAHM, ALABAMA
35203

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

RECEIVED

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2007 MAY -7 PM 1:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7005 3110 0003 3638 6602

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

MAY 7, 2007

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JUDGE JOEL DUBINA
US ELEVENTH CIRCUIT
56 FORSYTH STREET, N.W
ATLANTA, GEORGIA, 30303

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X B. Valles ☐ Agent ☐ Addressee

B. Received by (Printed Name) B. Valles C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

MAY 7 2007
MAY 07 2007

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7005 3110 0003 3638 6732

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

MAY 7, 2007

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

AUSA JOHN BRADLEY FELTON
U.S. ATTORNEY'S OFFICE
1801 FOURTH AVENUE North
BIRMINGAHM, ALABAMA, 35203

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X C. Bass ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Bass C. Date of Delivery 5/4/07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7005 3110 0003 3638 6626

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

MAY 4, 2007

**SERVICE DATES**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. ATTY. GENERAL-
ALBERTO GONZALES
950 PENNSYLVANNIA AVE.
WASHINGTON, D.C. 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) MAY 0 7 2007
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7005 3110 0003 3638 6664

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**MAY 7, 2007**

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SHERIFF MIKE HALE
Jefferson County,
2200 8th AVENUE North
BIRMINGHAM, ALABAMA
35203

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Patrice Tarrant ☐ Agent ☐ Addressee

B. Received by (Printed Name) Patrice Tarrant
C. Date of Delivery 5-2-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7005 3110 0003 3638 6572

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**MAY 2, 2007**

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

PHIL HOLLEY, AGENT
U.S. SECRET SERVICE
15 S. 20th STREET
BIRMINGHAM, ALABAMA,
35203

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7005 3110 0003 3638 6640

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**MAY 8, 2007**

SERVICE DATE

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

LT. PAUL LOGAN
Jefferson County Sheriff's -Dept.
2200 8th AVENUE North
BIRMINGHAM, ALABAMA 35203

COMPLETE THIS SECTION ON DELIVERY

A. Signature X Patrice Tarrant ☐ Agent ☑ Addressee

B. Received by (Printed Name) Patrice Tarrant C. Date of Delivery 5-2-07

D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No

3. Service Type XX Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7005 3110 0003 3638 6633

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

MAY 2, 2007

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ALICE H. MARTIN,
U.S. ATTORNEY
1801 FOURTH AVE. North
BIRMINGHAM, ALABAMA 35203

COMPLETE THIS SECTION ON DELIVERY

A. Signature X [signature] ☑ Agent ☐ Addressee

B. Received by (Printed Name) C. Bandy C. Date of Delivery 5/7/07

D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No

3. Service Type XX Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7005 3110 0003 3638 6688

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

MAY 7, 2007

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SGT. VEVERIT WOODROW TICE
JEFF. COUNTY SHERIFF'S DEPT
2200 8th AVENUE North
BIRMINGHAM, ALABAMA 35203

COMPLETE THIS SECTION ON DELIVERY

A. Signature X Patrice Tarrant ☐ Agent ☑ Addressee

B. Received by (Printed Name) Patrice Tarrant C. Date of Delivery 5/2/07

D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No

3. Service Type XX Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7005 3110 0003 3638 6589

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

MAY 2, 2007

**DATE OF SERVICE**

SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JUDGE GERALD TJOFLAT
US ELEVENTH CIRCUIT
56 FORSYTH STREET, N.W
ATLANTA, GEORGIA
30303

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X B. Green ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) B. Green C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

MAY 7 2007 MAY 07 2007

3. Service Type
X Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)* 7005 3110 0003 3638 6718

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

MAY 7, 2007

SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

GAIL WEISS, U.S. MARSHAL
MARSHAL'S OFFICE,
1729 5th AVENUE North
BIRMINGHAM, ALABAMA ,
35203

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X Sandrika Moore ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) C. Date of Delivery 5/7/7

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
X Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)* 7005 3110 0003 3638 6657

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

MAY 7, 2007

SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. ATTORNEY
501 3rd STREET N.W.
WASHINGTON, D.C.
20001

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) MAY 11 2007 C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
X Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)*

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

MAY 11, 2007

(PAGE SIX)

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ROSEMARY BARKETT, JUDGE
US ELEVENTH CIRCUIT
56 FORSYTH STREET, N.W.
ATLANTA, GEORGIA,
30303

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X B. Green
☐ Agent
☐ Addressee

B. Received by (Printed Name) B. Green
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

MAY 07 2007

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7005 3110 0003 3638 6725

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**DATE OF SERVICE**

**MAY 7,2007**

**PLAINTIFF'S SWORN DECLARATION**

That I Daniel DuMonde, do hereby swear and affirm that the above Postal Returns are true copies of the originals that have been provided to the Clerk of The United States District Court, DIsrict of Columbia, as Proof of Service.

SO SWORN UNDER PENALTY FOR PERJURY,

AND TITLE 28 U.S.C. §1746,

THIS 22 DAY OF MAY, 2007,

By-

/s/ Daniel L. DuMonde

DANIEL L. DUMONDE, PLAINTIFF, PRO-SE
#21609-001, MOBILE-B
F.P.C. MAXWELL AIR FORCE BASE
MONTGOMERY, ALABAMA, 36112

ATTACHMENTS: DOC.1, Post Office "Track and Confirm" as to defendant -Bobbie Jackson, dated MAY21, 2007 ).



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 2510 0005 2442 9142**
Status: **Notice Left**

We attempted to deliver your item at 11:22 AM on May 12, 2007 in BIRMINGHAM, AL 35216 and a notice was left. It can be redelivered or picked up at the Post Office. If the item is unclaimed, it will be returned to the sender. Information, if available, is updated every evening. Please check again later.

Track & Confirm
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. Go >

POSTAL INSPECTORS Preserving the Trust | site map | contact us | government services | jobs | National & Premier Accounts

Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use Privacy Policy



7004 2510 0005 2442 9142

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE

DANIEL DUMONDE #21609-001

| | |
|---|---|
| Postage | $ 2.07 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.32 |

Postmark Here: MAXWELL AFB STATION MONTGOMERY AL 36112 MAY 11 2007

MOBILE -B-

Sent To: BOBBIE JACKSON
Street, Apt. No.; or PO Box No.: 3700 CHARLESTON AVE.
City, State, ZIP+4: BIRMINGHAM, AL., 35216

PS Form 3800, June 2002 See Reverse for Instructions

PROOF of SERVICE, ATTACHED, DOC. 1