IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**
MAY 29 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DANIEL L. DUMONDE,       *
      Plaintiff,       *
                        *
V.                         *    CASE No.1:07-cv-0715-
JEFFERSON COUNTY, ALABAMA,   *   -JR.
      & Defendants.       *
_____/


## MOTION FOR (RE)-ISSUANCE OF SUMMONS AND SERVICE BY U.S.- -MARSHAL, AS TO DEFENDANT BOBBIE JACKSON.

COMES NOW PLAINTIFF, DANIEL L. DUMONDE, Pro-Se, and in the above referenced civil action, moves in this Honorable Court for **(Re)-Issuance of Summons and Marshal Service** upon the defendant in this suit, -Bobbie Jackson. This motion is made in pursuance of the ends of Justice, and for the following good cause shown:

(1.) Plaintiff has recently filed and returned **Proof of service** in this case, to the Clerk, as to **Sixteen of the original 17- defendants**, and these **16** have received Summons and Complaint.

(2.) Defendant Bobbie Jackson's Clerk-Issued Summons, was sent Certified Mail-Return, **APRIL 30, 2007**, and "**Track and Confirm**" by the Post Office, showed **No Record of this item**, even as Plaintiff retains his certifed receipt showing this.
                  (ATTACHED DOC.1, senders certified receipt)

(3.) Plaintiff then made **COPY of COMPLAINT AND SUMMONS**, and then **Re-sent** this Defendant, Bobbie Jackson, the full copy of complaint and all relative court notices attached thereto.

(PAGE ONE)

(3.) This second mailing attempt to serve defendant **Jackson with notification of Process**, has also gone unavailed, as the Post Office attempted **May 12, 2007** to deliver same, and **NOTICE WAS LEFT** at defendant Jackson's residence. To date of this Motion it has **gone unclaimed**.

   ( SEE ATTACHED, Post Office-"track and confirm" -
   enquiry dated-**MAY 21, 2007**, -[DOC.2.]

(4.) It has been determined by Plaintiff's outside sources that defendant **JACKSON**, is in fact at the same address, and appears to be actively **Avoiding Service of Summons and Complaint**, as according to same sources, she has in fact been at her residence during the time of Postal delivery, and has presumably received the Notice left by the Post Office, yet intentionally failed to take possession of the complaint/summons item.

### RELIEF

On the above premises considered, Plaintiff moves the Court to direction of the Clerk to **(re)-Issuance of Summons**, and Requests **Service by The U.S. MARSHAL** of Complaint/Summons upon this **recalcitrant defendant**.

Plaintiff also moves for costs to be taxed to the Defendant Bobbie Jackson.

 Defendant Address:

   Ms. **BOBBIE JACKSON**
   3700 CHARLESTON LANE
   BIRMINGHAM, ALABAMA, 35203
   PHONE NUMBER(S)- (205)-402-2446 (Home)
          (205) 243-0302 (Work)

IN CONCLUSION,

The Re-Issuance of Summons and Complaint to this defendant is vital to Plaintiff's Cause, and **defendant Bobbie Jackson** should not be allowed to escape liability in this matter by **Ignoring the Summons and Complaint, and in the interests of Justice, same should forthwith (re)Issue and be served by the U.S. Marshal,** at the address and by the Phone Information provided.

The above sworn under penalty for perjury an 28 USC-
-§1746,

RESPECTFULLY SUBMITTED,

THIS 25 DAY OF MAY, 2007,

By-

/s/ _____
DANIEL L. DUMONDE, PLAINTIFF, PRO-Se
#21609-001, MOBILE-B
FPC MAXWELL AIR FORCE BASE
MONTGOMERY, ALABAMA, 36112

**ATTACHMENTS:**

**DOC.1.** Plaintiff's ceritified Mail Receipt .dated APRIL 30,2007

**DOC.2.** Plaintiff's Track and Confirm Postal Print Out, May 21,2007.

(PAGE THREE)



Doc. 1



**UNITED STATES POSTAL SERVICE®**

Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **7004 2510 0005 2442 9142**
Status: **Notice Left**

We attempted to deliver your item at 11:22 AM on May 12, 2007 in BIRMINGHAM, AL 35216 and a notice was left. It can be redelivered or picked up at the Post Office. If the item is unclaimed, it will be returned to the sender. Information, if available, is updated every evening. Please check again later.

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

POSTAL INSPECTORS    site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust                    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

