UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DANIEL L. DUMONDE,  :
  :
    Plaintiff,  :
  :
  v.  :  Civil Action No. 07-0715 (JR)
  :
JEFFERSON COUNTY ALABAMA, *et al.*,  :
  :
    Defendants.  :

**ORDER**

    Because it seems unlikely that this Court has jurisdiction of plaintiff's claims against any of the named defendants, and because in any event the authority of this Court to order the U.S. Marshals Service to effect service of original process in Alabama is questionable at best, plaintiff's motion for re-issuance of summons and for service by the Marshals [4] is **denied without prejudice**, subject to renewal when, and if, plaintiff's suit survives the motion to dismiss [2] that has just been filed.

                                      JAMES ROBERTSON
                              United States District Judge