ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**
JUN 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DANIEL L. DuMONDE,  *
             Plaintiff,  *
                         *
V.                       *     CASE No-07-cv-00715-JR
                         *
JEFFERSON COUNTY, ALABAMA, *
Et.AL.,                  *
             Defendants. *
_____/

## MOTION FOR TEMPORARY RESTRAINING ORDER

COMES NOW THE PLAINTIFF, **DANIEL L. DuMONDE,** by and through himself, and pursuant to **RULE 65(b), Fed. R. Civ. P.,** Makes this Motion for Temporary restraining Order prior to Moving for Preliminary and /or Mandatory Injunction. That **extraordinary circumstances attend this Motion,** as <u>irreperable injury, loss and damage have already occurred</u>, and Plaintiff continues to suffer a particularly egregious, cruel, unusual and patently-illegal confinement, which is further endangering Plaintiff's physical, mental and emotional health, by remaining in an unauthorized confinement, for which <u>cannot be otherwise - Justified</u>. In support of this Motion, Plaintiff submits full and positive Proofs warranting this instant action. **TO WIT:**

<u>I .GROUNDS.</u>         <u>MANIFEST INJUSTICE</u>

Plaintiff filed the above referenced **R.I.C.O.** Action seeking Monetary Damages for Financial Loss incurred incident to an **UnLawful Seizure from his Home.** As such Seizure was accomplished by <u>criminal acts violating</u> STATE AND FEDERAL KIDNAPPING-

**(PAGE ONE)**

--**STATUTES**, *inter alia,* when corrupt Jefferson County, Alabama cops **MANUFACTURED THIER OWN FICTITIOUS/COUNTERFEIT DOCUMENTS PURPORTING TO BE STATE-"ARREST WARRANT" AND "PROBABLE CAUSE" AFFIDAVIT**. Plaintiff as **State Detainee** continued to demand production of these Instruments, and in effort to conceal the **fact of the Fiction of Law,** the District Attorney of Jefferson County, -defendant DAVID BARBER, did not produce these to State Writ of Habeas Corpus. Instead, he (Barber), with co-conspir--ators working in The U.S. District Court at Birmingham, Al., - then **invoked Federal Jurisdiction by Artifice and Scheme**, and **Federal proceedings commenced while the same BAD STATE FACTS WERE SIMULTANEOUSLY BEING CONTESTED AS ILLEGAL ARREST BY STATE -WRIT FOR HABEAS CORPUS**. When Plaintiff here-(then Federal Defendant) was not intimidated by the Federal Action to plead guilty **to Counterfeit Check Charges where he maintained his Innocence**, and continued to insist the "Arrest" illegal and further demand production of the State Arrest Warrant, the defendants here in the instant suit, there reluctantly produced the **Fictitious State Instruments purporting to be "Arrest Warrant" and "Probable Cause Affidavit",-AND ENTERED THESE ON THE RECORD OF THE UNITED STATES DISTRICT COURT AS LEGITIMATE CAUSE FOR ORIGINAL ARREST, FEDERAL ARREST, -AND CONDUCTING OF THE ILLEGAL FEDERAL TRIAL**, resulting in this Plaintiff's current -**Illegal Confinement.**

   The Clerk of The Jefferson County, Alabama, Anne Marie Adams, has since wrote letter to Plaintiff in Prison in response to his Request for certified copies of the same (Fictitious) Instruments purporting to Arrest Warrant-**(ATTACHED COMPLAINT-**

**(PAGE TWO)**

--**EXHIBIT-"L"**, Clerk's Letter), and there has stated that the **ARREST RECORD-[EXHIBITS,"G"and "J"]**, respectively, are <u>NOT IN THE CLERK'S FILE</u>". **SEE EXHIBITS-"J","G", "L",** of complaint, (Re)-Attached here for the Court's examination.

IN RESPONSE to the filing of the instant **R.I.C.O.** action, The Assistant Attorney General of The State of Alabama has appeared to represent the County/State **named defendants in Plaintiff's instant action, defendants Sheriff Mike Hale, Lt. V.W. Tice, Lt. Paul Logan and District Attorney, DAVID BARBER.**

ON **MAY 24, 2007**, Attorney for defendants filed a **"Motion to -Dismiss"**, and a **"Brief in Support"**. In that defense brief, **<u>DEFENDANTS DID NOT ARGUE, PLEAD, ANSWER OR DEFEND PLAINTIFF'S FACTUAL CLAIMS OF KIDNAP</u> OR ANY OTHER CHARGES BY PLAINTIFF.** Instead, erroneously asserted-inter alia, <u>IMMUNITY</u>. On <u>PAGE 10</u> of defendant Response, there claiming defense that Plaintiff's claims are "Barred by Statute of Limitations". The defendants language there that-**"MORE THAN THREE YEARS YEARS HAVE LAPSED SINCE THE ALLEDGED KINAPPING/ARREST TOOK PLACE"** is <u>tantamount to Admission of Guilt</u> in this case. SEE ATTACHED, Defendant-Response page <u>10</u>, <u>Id</u>. Section **"D."**, Highlighted Text.)

Plaintiff submits defense answer here as **Full and Positive-Proof of Plaintiff's claims.** These **Bad State Facts** are <u>Exact Same Set of Facts</u>,-**IN AN UNBROKEN CHAIN OF CUSTODY**, by which The Federal Government also seized Plaintiff and conducted **Illegal Federal Trial, in effect aiding and abetting Kidnapping** and the **exact same facts by which Plaintiff remains in Prison.**

**(PAGE THREE)**

## CONCLUSION AND RELIEF

Plaintiff is clearly entitled to expedient Relief to prevent further physical and financial damages, and on the grounds of **Manifest Injustice**, order should Issue restraining the Warden, D.Drew, of F.P.C. Montgomery, Alabama, from further illegally confining Plaintiff on basis of the **R.I.C.O. Conspiracy**. While Warden D.Drew is not at this time named defendant, she is here made party, for purposes of this Motion. <u>Warden is now duly-notified that she is illegally holding Plaintiff as result of **Kidnapping** by defendants</u>, Jefferson County, Alabama Sheriff's Enterprise, where U.S. Attorney ALICE H. MARTIN,et.al., acted on these **Bad State Facts** with the Office of **ALBERTO GONZALES**, U.S. ATTORNEY GENERAL, defendant, and the current unauthorized confinement is direct result of <u>**unbroken chain of State to Federal Custody** on SAME KIDNAPPING FACTS</u>, which did not and could not confer **Personal Jurisdiction** to Fed, Warden, or <u>-ANYONE</u> ELSE.

IN CONCLUSION, Plaintiff moves in this Honorable Court for Issuance of Restraining Order against his current confinement on the above premises. Pursuant to RULE 65.1 FED R. CIV.P, Plaintiff should be allowed <u>Bail on his own Recognizance</u>, where immediatey following grant of Issuance of Order, he shall Immediately follow with the filing of Preliminary/Mandatory-Injunction.

RESPECTFULLY SUBMITTED,

THIS 4 DAY OF JUNE, 2007,

By- /s/ *[signature]*

DANIEL L. DuMONDE, PLAINTIFF, PRO-SE

(PAGE FOUR)

<u>CERTIFICATE OF SERVICE</u>

I, Daniel L. DuMonde, Plaintiff in the foregoing **"Motion for Temporary Restraining Order,** hereby swear that I have caused a true copy of same to be placed in the Mail Box of this Institution, U.S. POSTAGE PAID, and mailed on the date below to most parties, and within **3-Days** afterwards, to the remaining defendants and PARTY, D. DREW, and as follows:

COUNSEL FOR DEFENDANT
D.A. BARBER Office of
Sheriff's Defendants:
J.BLEDSOE
Assistant Attorney General
11 South Union Street
Montgomery, AL 36104

Honorable Anderson R. Lanier, III
Eleventh Circuit Court of Appeals
56 Forsyth Street, NW
Atlanta, GA 30303

Honorable Joel Dubina
Eleventh Circuit Court of Appeals
56 Forsyth Street NW
Atlanta, GA 30303

Alberto Gonzales, Esq.
US Attorney General
10th & Constitution Avenue NW
Washington, DC 20530

Alice Martin, Esq.
US Attorney
1801 Fourth Avenue N
Birmingham, AL 35203

Marshal Gail Weiss
1729 5th AVE. North
BIRMINGHAM, AL., 35203

DARLENE DREW, WARDEN, (PARTY)
F.P.C. MAXWELL AIR FORCE BASE
MONTGOMERY, ALABAMA, 36112

Michael Billingsley, Esq.
Assistant US Attorney
1801 Fourth Avenue N
Birmingham, AL 35203

Honorable Sharon Lovelace
US District Court Judge
1729 5th Avenue N
Birmingham, AL 35203

John Felton, Esq.
Assistant US Attorney
1801 Fourth Avenue N
Birmingham, AL 35203

Agent Phil Holley
US Secret Service
15 S. 20th Street, Suite 1125
Birmingham, AL 35233

Honorable Gerald Tjoflat
Eleventh Circuit Court of Appeals
56 Forsyth Street NW
Atlanta, GA 30303

ROSEMARY BARKETT
11th CIRCUIT
56 Forsyth Street, N.W
ATLANTA, GEORGIA, 30303

SWORN BY TITLE 29 USC §1746,
AND DONE, THIS 4 DAY OF JUNE, 2007
By-
/s/ *[signature]*
DANIEL L. DUMONDE, PLAINTIFF, PRO-SE
#21609-001, MOBILE-B, FPC MONTGOMERY, AL
36112

### D. The Claims Against Defendants Are Barred by the Statute of Limitations.

Although Mr. DuMonde's Complaint alleges defendants violated the RICO Act, his claims are essentially 42 U.S.C. section 1983 claims. To the extent that Mr. DuMonde's claims are advanced under § 1983, they are time barred by the statute of limitations. The statute of limitations for a section 1983 action in Alabama is two years. See <u>Eubank v. Leslie</u>, 2006 WL 3627005 (11th Cir. (Ala.)). Mr. DuMonde alleges in his complaint that on or about October 2002, he was kidnapped/arrested. [Court Doc. #1, p. 1.] Mr. DuMonde alleges that defendants conspired with others to kidnap him. [Court Doc. #1, p. 6.] The alleged conspiracy involving defendants, therefore, took place on or before October 2003. [Court Doc. #1, p. 1.] Mr. DuMonde filed this action on May 4, 2007, alleging that his constitutional rights were violated. More than three years have elapsed since the alleged kidnapping/arrest took place. The claim is barred by the statute of limitations.

### E. Mr. DuMonde Failed to State a Claim against Defendants Upon Which Relief Can Be Granted.

A federal court has held that a plaintiff must do more than allege conclusory facts based upon information and belief in order to support claims of conspiracy. See <u>Fullman v. Graddick</u>, 739 F.2d. 553, 559 (11th Cir. 1984) (holding that allegations based on "information and belief" were not enough to support claims that a prosecutor made false statements to the press and ordered and participated in a warrantless search of plaintiff's trash). The Alabama Supreme Court has found that conspiracy averments in a complaint must exceed bald speculation. <u>Ex parte Rendel</u>, 2006 WL 625835 (March 2, 2007). The plaintiff makes no specific allegations whatsoever in regard to defendants in this action. Mr. DuMonde's allegations regarding the defendants do not state a sufficient claim upon which relief can be granted.

10

*[handwritten annotation: State Defendant's Response to Kidnapping Charges. May 24, 2007    10]*

Bess:

| STATE OF ALABAMA UNIFIED JUD. SYSTEM FORM DC-6J  7/89 | 2031409J | AFFIDAVIT / WARRANT | CASE NUMBER 03 12747 |
|---|---|---|---|

23C

IN THE DISTRICT COURT OF JEFFERSON COUNTY

THE STATE VS. DUMONDE, DANIEL LAFITTE    AGENCY: JEFF CTY SHERIFF    WARRANT NO. 418453
OCA: 003087658    JCID NO. 178493

**SHERIFF'S INFORMATION:**
SEX MALE   EYE BLUE   SKIN   NEAR 51 YEARS OLD
RACE WHITE   HAIR BROWN   WEIGHT ABOUT 195 LBS.   DOB ABOUT 3/31/1952
HEIGHT ABOUT 5 FEET 10 INCHES   SSN 077687398

ADDRESS: 324 WASHINGTON ST  1829 13th AVE  EMPLOYER: DISABLED
BESSEMER AL 35020  BESS 35020

REMARKS: AKA  GOLDBERG, LENNY      SPENCER, DANIEL
              FITTER, MARSHALL     JACKSON, CURTIS

1826 13th ST N, Bess 35020

**COMPLAINT:**
PERSONALLY APPEARED BEFORE THE UNDERSIGNED AS MAGISTRATE/JUDGE OF THE DISTRICT COURT OF JEFFERSON COUNTY, IN AND FOR SAID COUNTY   JACKSON, BOBBIE D   WHO BEING DULY SWORN, SAYS THAT DUMONDE, DANIEL LAFITTE   WHOSE NAME IS OTHERWISE UNKNOWN TO AFFIANT, IN SAID COUNTY, DID KNOWINGLY OBTAIN OR EXERT UNAUTHORIZED CONTROL OVER, BY DECEPTION, 1 DIAMOND RING $25,050.00

COMMITTED TO JAIL
OCT 23 2003
MIKE HALE
SHERIFF

THE PROPERTY OF  BOBBIE D JACKSON
WITH THE INTENT TO DEPRIVE THE OWNER OF SAID PROPERTY, IN VIOLATION OF SECTION 13A-8-3 OF THE ALABAMA CRIMINAL CODE

AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA. SUBSCRIBED AND SWORN TO BEFORE ME THIS 16 DAY OF OCTOBER 2003

MAGISTRATE/JUDGE OF THE DISTRICT COURT OF JEFFERSON COUNTY    Bobbie D Jackson / AFFIANT

ANY LAWFUL OFFICER OF SAID STATE,
YOU ARE HEREBY COMMANDED TO ARREST   DUMONDE, DANIEL LAFITTE   AND BRING HIM OR HER BEFORE THE JUDGE OF THE DISTRICT COURT OF JEFFERSON COUNTY, AT THE PRESENT TERM OF SAID COURT, TO ANSWER THE STATE OF ALABAMA ON A CHARGE OF  THEFT OF PROPERTY FIRST DEGREE (DECEPTION OVER $2500)
PREFERRED BY  JACKSON, BOBBIE D    WITNESS MY HAND THIS 16 DAY OF OCTOBER 2003

OFFENSE CODE  23990112

MAGISTRATE/JUDGE OF DISTRICT COURT OF JEFFERSON COUNTY

AND
THE OFFICER ARRESTING MAY ADMIT THE DEFENDANT TO BAIL UPON HIS OR HER ENTERING INTO BOND IN THE SUM OF $100,000 DOLLARS WITH TWO GOOD SECURITIES APPROVED BY SAID OFFICER.

MAGISTRATE/JUDGE OF DISTRICT COURT OF JEFFERSON COUNTY

COMMENTS:
AT LARGE; BOND JUDGE WATKINS    MAHON   /CGDK   88961806

EXHIBIT "G"

TICE, V W    JCSO  03087658    00000
RECEIPT                         EXECUTION

Received In Office:            Executed by Arresting the Within Named Defendant and
                               ☐ Committed To Jail       ☐ Released on Bond Date: _____

# DEPOSITION

INTAKE NO. 88961806

Date: 10/16/3
Issued: 10/16/3
Refused: _____
Referred: _____
Bond: 100,000
Magistrate: SW

Personally appeared before me __BOBBIE D. JACKSON__ JUDGE
(Affiant)
being by me first duly sworn, deposes and says:

On __8 25 2003   1230   PM__, at __AND 9 PM  3700 CHARLESTON LANE  BHAM AL__
   (date and time)                                    (location)

the following incident occurred: _Subject came to my home said he was Paul Moore's son. Presented me with a counterfit cashiers check in of change for my diamond Ring – center stone 4½K & 2K on side_

**SUSPECT INFORMATION**

Name: __DUMONDE, DANIEL LAFITTE__   Race __W__   Sex __M__   DOB __3 31 1952__

Aliases/Description: __GOLDBERG, LENNY__   HAIR __BRO__   EYES __BLU__

Hgt __5__ ft __10__ in   Wgt __195__   Work: __DISABLED__

Res. Add: __324 WASHINGTON ST   BESSEMER AL   35020__

SS #: __077 68 7398__   FBI #: __AL__   FPC #: _____

Prior Record? __YES__   Relation to Victim: _____

VICTIM   __JACKSON, BOBBIE D__   DOB __03021932__ RACE __W__ SEX __F__
         __3700 CHARLESTON LANE__
         __BHAM AL__   __35216__   HOME __402 2446__   WORK __243 0302__

(name and address)   Does victim have prior record? __NO__

OFFICER IN CHARGE OF CASE

TICE, V W   JCSO __03087658__   BADGE # _____
HOME __521 1571__   WORK __972 0462__   OCA __003087658__   ORI __AL0010000__
(name, jurisdiction, case no., phone no.)

OTHER

In custody? Yes ___ No __X__   If yes, where? __X__   AT LARGE
Is this case a Bham Bail Warrant? Yes ___ No ___   Has case been previously discussed with DA or Magistrate?
Yes ___ No ___   If yes, with whom? _____

OFFENSE: __THEFT I__

_[signature]_   EXHIBIT "J"   x _Bobbie D Jackson_
Magistrate                                Affiant

**ANNE-MARIE ADAMS, CLERK**
Jefferson County Circuit Court, Criminal Division
Room 901 Mel Bailey Justice Center
801 Richard Arrington, Jr., Boulevard, North
Birmingham, Al 35203

Date:   10/31/05

To:    Daniel L Dumonde

Dear Sir:

Enclosed are the documents you requested. **

These documents are not in the clerk's file: Arrest Record, Forensic Report, Investigative reports, officer or witness lists or statements, court reporter trial transcripts, notice of intent to enhance as HFOA per statute, sentence colloquy, search warrants or PSI (probation) reports.

Sincerely,

*Anne-Marie Adams*

Anne-Marie Adams, Clerk
Circuit Criminal Court, Jefferson County

**          <u>CLERK'S LETTER-HABEAS EXHIBIT-"L"</u>.
<u>PLAINTIFF'S NOTE</u>:   ENCLOSED WITH THIS LETTER WAS A "DOCKET SUMMARY FOR ALA CASE #DC-03-12747-<u>SHOWING NO "ISSUANCE OR RETURN"OF ANY ARREST WARRNT OR COMPLAINT</u>. Letter was sent in response to Request for certified copies of <u>EXHIBITS-"J"AND "G"</u>.