ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DANIEL L. DUMONDE,
    Plaintiff,

V.

JEFFERSON COUNTY, ALABAMA,
-ET.AL,
    Defendants.
_____/

CASE No. 1:07-cv-00715-JR

**FILED**

MAR 1 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MEMOMORANDUM AND AFFIDAVIT OF FACTS IN SUPPORT OF TEMPORARY-RESTRAINING ORDER, FED RULE Cv. P. 65(b)

    **COMES NOW THE PLAINTIFF, DANIEL L. DUMONDE,** by and through himself, and based on the Response from State of ALabama defendant's lawyer, Assistant Attorney General J. Matt Bledsoe, Plaintiff filed Objections, then a **Motion for temporary restraining Order** June 4, 2007, where both Plaintiff-pleadings showed prima facie evidence that Plaintiff was in fact **Kidnapped** from his Home Oct. 23, 2003, by The State's corrupt cops who **Manufactured their own Fictitious Documents purporting to** "Arrest-Warrant" and "probable Cause Affidavit". The <u>Federal-government took unbroken-chain of custody from The State on the very same Bad Facts</u>, where Plaintiff remains in Federal Prison most illegally as direct result of the State's Malfeasance, which is the basis for Plaintiff's **R.I.C.O.** claims.

    Plaintiff has shown this Court as well as the Defendants in this case **Proofs Positive** by exhibits, including **County Clerk's** letter to Plaintiff stating that the Instruments are in fact **Unrecorded.** The Defendants have subsequently failed to produce any evidence whatsoever that Plaintiff's factual allegations are-

**(PAGE ONE)**

--**anything other than true,** because they are in fact true.

Plaintiff continues to suffer particularly egeregious circumstances, and the defendant's response shows that Plaintiff's claims cannot be reasonably argued differently. In further support of <u>**Emergency Relief**</u> by facts readily determinable, Plaintiff submits the following Affidavit of <u>**FACTS**</u>:

<u>**FACTS**</u>

**(1.)** Plaintiff claims in his Complaint that Jefferson County, Alabama Sheriff's Detectives manufactured their own False Documents purporting to be "Arrest Warrant" and "Probable Cause" Affidavit", **[Complaint Exhibits "G" &"J]**, without any Judicial -Process, then **Forcibly Abducted** Plaintiff from his Home.

**(2.)** The Clerk of that Court has written letter confirming to Plaintiff that <u>"NO ARREST RECORD" IS IN THE COUNTY CLERK FILE</u>. **[Complaint Exhibit-"L"]**

**(3.)** In an <u>unbroken chain of first State/County to Federal -Custody</u>, Plaintiff was then Indicted Federally **April 30, 2007**, and Federal Proceedings Commenced, **-WHILE THE EXACT SAME SET OF FACTS WERE BEING CONTESTED <u>AS AN ILLEGAL ARREST.</u>**

**(4.)** This Federal Usurpation caused the Alabama Court of Appeals to Dismiss Plaintiff's **(Ex-Parte for failure of State Answer)- Habeas Corpus Appeal** of Arrest and State Detention, <u>without any disposition</u>, **May 19, 2004.** [SEE ATTACHED, <u>EXHIBIT-"S-3"</u>".

**(5.)** The FICTITIOUS STATE ARREST WARRANT AND PROBABLE CAUSE AFFIDAVIT WERE **ENTERED ON THE RECORD** OF THE U.S. DISTRICT COURT IN CASE NO.CR-04-B-0176, as legitimate. [SEE ATTACHED-<u>R PAGE- -8, LINES 4-12</u>, SEPT.9, 2004, Suppression Hearing, **(ND AL).**

(PAGE TWO)

(6.) Plaintiff, as Federal Defendant PROVED IN U.S. COURT THAT-THE-(UNRECORDED/FICTITIOUS)-AFFIDAVIT, EXHIBIT-"J" and ARrest Warrant,"EXHIBIT-G", CONTAINED THE EXCLUSIVE-CONDUCT OF ANOTHER-PERSON. (SEE OBJECTION AT R-PAGE 7, LINES 7-11, COMPLAINT EXHIBIT,-APRIL 15,2005, Sentencing Hearing for CR-04-B-0176-S)

(7.) R.I.C.O. DEFENDANT, U.S. DISTRICT COURT JUDGE SHARON-LOVELACE BLACKBURN, BIRMINGHAM, ALABAMA, OVERULLED THIS (THEN DEFENDANT) PLAINTIFF'S OBJECTIONS TO CLEAR FOURTH AMENDMENT VIOLATIONS. (SEE ATTACHED COMPLAINT EXHIBIT-R-PAGE 7, LINE-18).

(8) SEVEN WRITS OF HABEAS CORPUS CONCERNING THESE SAME FACTS HAVE BEEN ILLEGALLY DISMISSED Since the Inception of State Arrest and Federal Prosecution of same facts.

(9.) Plaintiff filed instant Racketeering Influenced Corrupt-Organizations Complaint against defendants conspiracy with the Enterprise, for Financial Damages to his Business, Income,Property, and the Illegal Interferance of dismissal of Lawsuits allowing Civil Rights defendants to hide assets, excape clear civil liability, seeking damages estimated at $1,033,69.

(10.) ON 24 of MAY, 2007, Assistant Attorney General, Defense Attorney for State of Alabama/Jefferson County, R.I.C.O-Defendants filed "Motion to DIsmiss" Plaintiff's complaint, there asserting a number of defenses and Immunities, NONE OF WHICH DENY-PLAINTIFF'S CLAIMS OF KIDNAPPING BY THE STATE AND FEDERAL DEFENDANTS,-WHO DID USE FICTITIOUS INSTRUMENTS TO FORCIBLY ABDUCT, THEN CONDUCT FEDERAL TRIAL TO SAME FACTS, BY WHICH PLAINTIFF CONTINUES TO BE HARMED BY FALSE IMPRISONMENT AS A RESULT OF THE R.I.C.O CONSPIRACY CAUSING & CONTINUING FINANCIAL DAMAGES.

THe above facts are readily determinable on examination and to a certainty on enquiry verifying same.

THIS MEMORANDUM SUBMITTED ___8___ DAY OF JUNE, 2007,

RESPECTFULLY SUBMITTED,

By-

/s/ [signature]

DANIEL L. DUMONDE, PLAINTIFF,
#21609-001, MOBILE-B
F.P.C. MAXWELL AIR FORCE BASE
MONTGOMERY, ALABAMA, 36112

-PRO-Se.

(PAGE FOUR)

PROOF OF SERVICE

THat I, DAniel L. DuMonde, PLaintiff in this R.I.C.O ACtion have caused true copy of **"MEMORANDUM AND AFFIDAVIT IN SUPPORT OF TEMPORARY RESTRAINING ORDER, FED RULE Cv P 65(b)"** to be placed in the mail box of this Institution and mailed with correct U.S. POSTATGE PAID, TO THE FOLLOWING PARTIES:

J. MATT BLEDSOE,
ASSISTANT ATTORNEY GENERAL
11 SOUTH UNION ST.
MONTGOMERY, ALABAMA, 36104

Honorable Anderson R. Lanier, III
Eleventh Circuit Court of Appeals
56 Forsyth Street, NW
Atlanta, GA 30303

Michael Billingsley, Esq.
Assistant US Attorney
1801 Fourth Avenue N
Birmingham, AL 35203

Honorable Sharon Lovelace
US District Court Judge
1729 5th Avenue N
Birmingham, AL 35203

Honorable Joel Dubina
Eleventh Circuit Court of Appeals
56 Forsyth Street NW
Atlanta, GA 30303

John Felton, Esq.
Assistant US Attorney
1801 Fourth Avenue N
Birmingham, AL 35203

Alberto Gonzales, Esq.
US Attorney General
10th & Constitution Avenue NW
Washington, DC 20530

Agent Phil Holley
US Secret Service
15 S. 20th Street, Suite 1125
Birmingham, AL 35233

Alice Martin, Esq.
US Attorney
1801 Fourth Avenue N
Birmingham, AL 35203

Honorable Gerald Tjoflat
Eleventh Circuit Court of Appeals
56 Forsyth Street NW
Atlanta, GA 30303

Marshal Gail Weiss
US Marshal's Office
1927 5th Avenue N
Birmingham, AL 35203

Honorable Rosemary Barkett
Eleventh Circuit Court of Appeals
56 Forsyth Street NW
Atlanta, GA 30303

WARDEN, D.DREW
FPC MAXWELL AFB
MONTGOMERY, ALABAMA, 36112

DONE, THIS 8 DAY OF JUNE, 2007

/s/ [signature]
DANIEL L. DUMONDE, PRO-SE, PLAINTIFF

# COURT OF CRIMINAL APPEALS
## STATE OF ALABAMA

H. W. "BUCKY" McMILLAN
Presiding Judge
SUE BELL COBB
PAMELA W. BASCHAB
GREG SHAW
A. KELLI WISE
Judges



Lane W. Mann
Clerk
Wanda K. Ivey
Assistant Clerk
(334) 242-4590
Fax (334) 242-4689

CR-03-1126

Ex parte Daniel Lafitte Dumonde   (In re: State of Alabama vs. Daniel Lafitte Dumonde) (Jefferson District Court: DC2003-12747).

### ORDER

Upon consideration of the above referenced Petition for Writ of Habeas Corpus, the Court of Criminal Appeals orders that said petition be and the same is hereby DISMISSED.
\*\*
Done this the 19th day of May, 2004.

_____
H. W. "Bucky" McMillan, Presiding Judge
Court of Criminal Appeals

cc: Hon. Robert G. Cahill, District Judge
    Hon. Anne-Marie Adams, District Clerk
    Daniel Lafitte Dumonde, Pro Se
    Hon. Troy King, Attorney General
    Hon. M. David Barber, District Attorney

CONTESTING THE SAME ARREST FACTS AS ILLEGAL,
\*\* THIS DOCUMENT PROVES BY DATE OF DISMISSAL, MAY 19,2004
THAT FEDERAL PROCEEDING WERE COMMENCED ALREADY, (APRIL 30,2004)
(2): WAS EX-PARTE, and (3): WAS DISMISSED WITHOUT DISPOSITION, -
This was done in DEFERENCE TO FEDERAL USURPATION OF SAME (BAD)-
-FACTS-CONSTITUING-KIDNAPPING BY FICTITIOUS INSTRUMENTS.

EXHIBIT "S-1"

1  department colluded to plant certain evidence and there is
2  actually a trail that would show that, in all due respect, Your
3  Honor.
4       MR. FELTON: Could I put this on the record? That we
5  have Mr. Dumonde's trial exhibit notebook which has all the
6  exhibits in the case, as well as the grand jury testimony of
7  the co-defendant, of Jencks material that I would provide to
8  him, as well as the trial memorandum and the deposition sheet
9  that we were finally able to acquire.
10      THE COURT: The deposition sheet?
11      MR. FELTON: The affidavit for his felony arrest
12  warrant.
13      THE COURT: Right. Right.
14      MR. FELTON: I just wanted to make sure he has that
15  for the record.
16      Secondly, Your Honor, in response to Mr. Dumonde,
17  there is conclusory evidence that letters were sent by
18  Mr. Dumonde to Frances Watts, there is three letters that were
19  sent by him from the jail to her, and she received them, she
20  knows his handwriting. Those letters purport to tell her what
21  she is supposed to do at the home, what she is supposed to do
22  with the keys to the house, how she is supposed to feed the
23  dog, what she is supposed to do. She was also told that she
24  was about to be evicted and to get some material out.
25      THE COURT: Let me stop you. He is entitled to show

R-PAGE 8, Case No. CR-04-B-0176-S

SUPPRESSION HEARING, SEPT.9, 2004. (ND AL). U.S. DISTRICT COURT
-ENTERING FICTIITOUS PROBABLE CAUSE AFFIDAVIT, EXHIBIT "J"
(State)

```
 1  can refute it, including the arresting officers.
 2          THE COURT:  Let me say this:  If this is not an
 3  objection to the Presentence Report --
 4          THE DEFENDANT:  It is.
 5          THE COURT:  No.  If this is about the search
 6  warrant or anything about your arrest -- what is it then?
 7          THE DEFENDANT:  It's that the deposition is not my
 8  conduct for the original arrest warrant, and this has been
 9  proven beyond any fact.  And no one can refute it.  It's
10  universal law that you can't have probable cause for an
11  arrest using someone else's conduct.  That's why I say it's a
12  travesty and a sham.  This started out one document, this
13  whole trial --
14          THE COURT:  Mr. Dumonde, we've talked about this at
15  length during your trial.
16          THE DEFENDANT:  Ad nauseam.
17          THE COURT:  We are not going to talk about it
18  anymore.  I've overruled that objection.
19          THE DEFENDANT:  Then you are violating your
20  judicial oath to uphold the United States Constitution.
21          THE COURT:  All right.  Your next objection
22  actually did not specifically contain any objections to the
23  guideline range.
24      I'm now going to go to the government's objection.  One
25  you, moved for a Motion For Upward Departure based on the
```

*Patricia L. Gass, RPR, CRR*
*Federal Official Reporter*
SENTENCING TRANSCRIPT FOR CASE No. 04-B-0176-S, JUDGE SHARON BLACKBURN
-OVERRULING THE FOURTH AMENDMENT, APRIL 15, 2005.