UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DANIEL L. DUMONDE,                    :
                                      :
      Plaintiff,                      :
                                      :
  v.                                  :   Civil Action No. 07-0715 (JR)
                                      :
JEFFERSON COUNTY ALABAMA, *et         :
al.*,                                 :
                                      :
      Defendants.                     :

### ORDER

For the reasons set forth in the accompanying memorandum, it is

**ORDERED** by the Court *sua sponte* that, within 30 days of the date of this order, plaintiff show cause why the complaint should not be dismissed as to each and every one of the named defendants except the Attorney General, for want of personal jurisdiction, and as to the Attorney General, for want of any allegations of wrongdoing against him.  It is

**FURTHER ORDERED** that the obligation of any and all additional defendants in this case to answer, move or otherwise plead with respect to the complaint herein is **stayed** pending the the Court's consideration of plaintiff's return upon this order to show cause.  It is

**FURTHER ORDERED** that the motion of defendants Paul Logan, Veverit Woodrow Tice, Mike Hale and David Barber to dismiss [2] is **granted.**  And it is

**FURTHER ORDERED** that plaintiffs' motion for temporary restraining order [8] is **denied.**

```
                              JAMES ROBERTSON
                       United States District Judge
```