JUNE 18, 2007

DANIEL L. DuMONDE
#21609-001, MOBILE-B
FPC MAXWELL A.F.B.
MONTGOMERY, AL., 36112

CLERK'S OFFICE
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT
333 CONSTITUTION AVE., N.W.
WASHINGTON, D.C., 20001

RECEIVED
JUN 2 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RE: 1:07-cv-00715-JR
RETURN OF UNSERVED-SUMMONS -
DEFENDANT: BOBBIE JACKSON

Dear Clerk,

Please find **Summons** for Defndant **Bobbie Jackson** returned as Unserved. As may be seen by the Envelope, The Post Office attempted Delivery Service of Same on Two Seperate occasions.

I have made Motion for **Service of this Key Defendant, by The U.S. Marshal,** as it has been determined that this defendant still resides at the Summons Address, and has avoided Service by the U.S. Mail. *Please Note Return of Summons On Record.*

THANK YOU

RESPECTFULLY,

/s/ *[signature]*
DANIEL L. DuMONDE, PLAINTIFF
-PRO-Se

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

RECEIVED
JUN 2 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Daniel L. Dumonde
V.

Jefferson County, Alabama,
ET AL

**SUMMONS IN A CIVIL CASE**

Case: 1:07-cv-00715
Assigned To : Robertson, James
Assign. Date : 4/19/2007
Description: DUMONDE V JEFFERSON CO. ALABAMA, ET AL

TO: (Name and address of Defendant)

Bobbie Jackson
3700 Charleston Lane
Birmingham, Alabama

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF PRO SE (name and address)

Daniel L. Dumonde
#21609-001, Mobile-B
F.P.C. Maxwell Air Force Base
Montgomery, Alabama
36112

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

APR 19 2007
DATE

(By) DEPUTY CLERK

DANIEL LAFITTE DUMONDE, PRO-SE
421609-004, MOBILE-P
FEDERAL PRISON CAMP, MAXWELL AFB
MONTGOMERY, ALABAMA

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MRS. BOB[redacted]SON
[redacted] CHARLESTON LANE
BIRMINGHAM, ALABAMA
35216

2. Article Number (Transfer from service label)
7005 3110 0003 3838 6596

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

The enclosed letter was processed through special mailing procedure for forwarding to you.
The letter has been neither opened nor inspected.
If the writer raised a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification.
If the writer enclosed correspondence for forwarding to another addressee, please return the enclosed to the above address.

FEDERAL PRISON CAMP
MAXWELL AFB, ALA.
DATE 5/21/07

RECEIVED
JUN 11 PM 2:23

UNCLAIMED

BIRMINGAHM, ALABAMA
35216

1st NOTICE _____
2nd NOTICE _____
RETURNED _____

APR 30

1st NOTICE 5-1
2nd NOTICE 5-16
RETURNED

HOOVER
5-16
5-1-07