UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL LAFITTE DUMONDE | ) |
| #21609-001, MOBILE-B | ) |
| F.P.C.  MAXWELL AIR FORCE BASE | ) |
| MONTGOMERY, AL 36112 | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JEFFERSON COUNTY, AL., | ) |
| Defendants. | ) |
| | ) |
| ANDERSON, R. LANIER,III, JUDGE, U.S. | ) |
| ELEVENTH CIRCUIT | ) |
| 56 FORSYTH AVE. N.W. | ) |
| ATLANTA, GEORGIA, 30303 | ) |
| | ) |
| BARBER, DAVID, DISTRICT ATTORNEY, | ) |
| 801 RICHARD ARRINGTON BLVD. NORTH, | ) |
| BIRMINGHAM, ALABAMA, 35203. | ) |
| | ) |
| BILLINGSLEY, MICHAEL B., ASSISTANT | ) |
| U.S. ATTORNEY, | ) |
| 1801 FOURTH -AVENUE N., | ) |
| BIRMINGHAM, ALABAMA, 35203 | ) |
| | ) |
| BLACKBURN, SHARON LOVELACE, CHIEF, | ) |
| U.S. DISTRICT COURT, JUDGE | ) |
| 1729 5TH AVENUE NORTH, | ) |
| BIRMINGHAM, ALABAMA, 35203 | ) |
| | ) |
| DUBINA, JOEL, JUDGE, U.S. ELEVENTH | ) |
| CIRCUIT, | ) |
| 56 FORSYTH AVE., | ) |
| ATLANTA, GEORGIA, 30303 | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

Civil Action No. 07-0715(JR)
Electronic Case Filing

FELTON, JOHN BRADLEY, ASSISTANT          )
U.S. ATTORNEY,                           )
1801 FOURTH-AVE, NORTH,                   )
BIRMINGHAM, ALABAMA, 35203.               )
                                          )
GONZALES, ALBERTO, U.S.                   )
ATTORNEY GENERAL,                         )
10TH AND CONSTITUTION AVE.,N.W.,          )
WASHINGTON, D.C., 20530                   )
                                          )
HOLLEY, PHIL, AGENT, U.S.                 )
SECRET SERVICE,                           )
15 S. 20TH STREET, SUITE 1125,            )
BIRMINGHAM, ALABAMA, 35233                )
                                          )
LOGAN, PAUL, LT., JEFFERSON COUNTY        )
SHERIFF'S DEPT.,                          )
2200 8TH AVENUE N.,                       )
BIRMINGHAM, ALABAMA, 35203                )
                                          )
JACKSON, BOBBIE, RESIDENT,                )
3700 CHARLESTON LANE,                     )
BIRMINGHAM, ALABAMA                       )
                                          )
MARTIN, ALICE H., UNITED                  )
STATES ATTORNEY,                          )
1801 FOURTH AVE.NORTH,                    )
BIRMINGHAM, ALABAMA, 35203                )
                                          )
TICL, VEVERIT WOODROW, SGT.,              )
JEFFERSON COUNTY SHERIFF'S DEPT.          )
2200 8TH AVENUE,                          )
NORTH, BIRMINGHAM, ALABAMA, 35203         )
                                          )
HALE, MIKE, SHERIFF, JEFFERSON COUNTY,    )
ALABAMA, 2200 8TH -AVENUE, NORTH,    )
BIRMINGHAM, ALABAMA, 35203                )
                                          )
TJOFLAT, GERALD, JUDGE, U.S.              )
ELEVENTH CIRCUIT,                         )
56 FORSYTH ST., N.W.,                     )
ATLANTA, GEORGIA, 30303                   )
                                          )
                                          )

WEISS, GAIL, U.S. MARSHAL,                    )
1729 5TH AVENUE NORTH,                         )
BIRMINGHAM, ALABAMA, 35203                     )
                                               )
U.S. MARSHAL-GAIL WEISS' PARTNER               )
ON APRIL 28,2004, 8.A.M.                       )
                                               )
BARKETT, ROSEMARY, JUDGE,                      )
ELEVENTH CIRCUIT,                              )
56 FORSYTH ST.,                                )
ATLANTA, GEORGIA, 30303                        )
_____       )

## NOTICE OF ENTRY OF ATTORNEY APPEARANCE

**THE CLERK OF THE COURT** will please enter the appearance of Special Assistant

United States Attorney Quan K. Luong as counsel of record for the Federal Defendants in

their official capacity, in the above-captioned civil action.

Respectfully submitted,

_____/ s /_____
QUAN K. LUONG
Special Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W. - Room E4417
Washington, D.C. 20530
(202) 514-9150
quan.luong@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

    I  HEREBY  CERTIFY that on this  __26th__  day of _June_ , 2007, a true and correct copy

of the foregoing  **Notice of Appearance** was served by first class United States mail, postage

prepaid marked for delivery to:

DANIEL LAFITTE DUMONDE
#21609-001, MOBILE-B
F.P.C.  MAXWELL AIR FORCE BASE
MONTGOMERY, AL 36112


                                   / s /
                              QUAN K. LUONG
                              Special Assistant United States Attorney
                              United States Attorney's Office
                              Judiciary Center Building
                              555 4th Street, N.W. - Room E4417
                              Washington, D.C. 20530