ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JUL 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DANIEL L. DUMONDE,           *
          Plaintiff,          *
                              *
V.                            *     CASE No. 07-0715-JR
                              *
JEFFERSON COUNTY, ALABAMA,    *
-Et.Al.,                      *
          Defendants,         *
-&-                           *
SENATOR PATRICK J. LEAHY,     *
                              *
SENATOR ARLEN SPECTER,        *
                              *
SENATOR CHARLES SCHUMER,      *
                              *
SENATOR JOHN KYL              *
                              *
SENATOR JEFF SESSIONS,        *
          Notified Parties.   *
_____/

## MOTION FOR JUDGE ROBERTSON'S RECUSAL

COMES NOW THE PLAINTIFF, DANIEL L. DUMONDE, by and through himself, and pursuant to **Title 28, §455, MOVES IN THIS HONORABLE COURT FOR JUDGE JAMES ROBERTSON, JR., TO DISQUALIFY AND RECUSE HIMSELF** From the above referenced case, and in making any further decisions of any relative proceeding. Plaintiff asserts that under the appearance of Justice Rule, Judge Robertson's impartiality might reasonably be questioned. In Support of this Motion, Plaintiff would submit the following:

(1) That Plaintiff has suffered an outrageous and frightening abuse of Governmental Powers, where he has been and remains in Federal Prison the result of Fraud, Trickery, and serious Official Crime, including Kidnapping.

(PAGE ONE)

(2) While The Racketeering Influenced Corrupt Organzation Statute(s), in this case Title 18, U.S.C. §1962(c),et.seq., jurisdictional requisite requires a Plaintiff to alledge, - and to prevail,-PROVE TWO-PREDICATE CRIMINAL ACTS by defendants in R.I.C.O. Actions, Plaintiff has clearly shown Ipso Facto by The Exhibits, which are Government Records supporting the facts in this case, and as attached to the Complaint, that Plaintiff was in fact-Kidnapped by State of Alabama Agents, (SGt.)V.W. TICE, And LT.PAUL LOGAN, of Jefferson County, Alabama, Sheriff's dept, where these Officers-MANUFACTURED THEIR OWN FAKE-DOCUMENTS -PURPORTING TO BE "ARREST WARRANT" AND "PROBABLE CAUSE" AFFIDAVIT, THEN USED THESE TO SEIZE PLAINTIFF FROM HIS HOME.

(3) While these are absolute facts, not mere "Allegations", and along with overwhelming Evidence showing this is true, is the -Fact that The County Clerk, Anne Marie Adams, had written a Letter in Response To Plaintiff's Request for Certified Copies of These (False) Documents, and The Clerk did Confirm that these same Documents, represented by The Defendants as Legitimate, are in fact-UNRECORDED/NON-EXISTENT, FICTION OF LAW. -
(Complaint-Exhibit-"L", Letter of County Clerk, Anne Marie Adams)

(4) It cannot be Reasonably Argued Differently, that to Manufacture such an Fictitious Instrument, then Seize a Person From his Home and Secret them Away on a "Bond"-Not Issued by Any Judge, would in fact be a serious crime of Kidnapping.

(5) ON OR ABOUT <u>MAY 24,2007</u>, <u>J. MATT BLEDSOE</u>, Assistant Attorney General of The State of Alabama, Responded to Plaintiff's claim that He Was <u>Kidnapped</u> by the above Officers using Fake Instruments, and as Copy of The Very Same Instruments used were attached to the Complaint-<u>(Exhibits "G"&"J")</u>, there was No Mistaking Plaintiff's Charges, and <u>State Attorney General DID NOT DENY PLAINTIFF'S CLAIMS</u>, -Nor Produce any other "Arrest Warrant" Document, for which would have, if produced, Effectively Disproved any and all of Plaintiff's claims,Instead State Attorney General, inter alia, <u>CLaimed IMMUNITY AND STATUTE OF LIMITATIONS</u>.

(6) By this "Non-Response" to Plaintiff's Seriously Criminal Charge(s), Plaintiff's claims became true as Matter of Law, and <u>More than a Preponderance</u>, and any fair examination shows that these are <u>Proofs Positive</u> upon verification of the Exhibits and Records, of inter alia,-the predicate act of <u>Kidnapping</u>.

(7) Based on The State Attorney General's Submission, Plaintiff Moved For a <u>Temporary Restraing Order</u> from Plaintiff's Federal <u>Illegal Confinement</u>, <u>clearly Warranted in Plaintiff's particularly Egeregious Circumstances</u>, and filed to this Court on <u>Grounds of MANIFEST INJUSTICE</u>, [Court Doc.8], as The <u>Very -SAme Exact Facts as Orginated from (Dismissed) State of Alabama Case DC-03-12747</u>,constituting the above <u>Kidnapping</u>, were <u>Usurped by The Federal Government</u>-IN AN UNBROKEN CHAIN OF STATE TO FEDERAL CUSTODY, for which Plaintiff was COnvicted in Federal Case <u>Cr-04-B-0176-S</u>, and for which Plaintiff remains in Federal Prison -THE RESULT OF SAME STATE KIDNAPPING FACTS.

(8) This Complaint was brought in The District of Columbia Court, as a CONFLICT OF INTEREST DOES EXIST IN THE DISTRICT OF ORIGIN, AND PLAINTIFF COULD NOT AND CANNOT BRING THIS COMPLAINT THERE- AS THE CHEIF JUDGE, -SHARON LOVELACE BLACKBURN, is Named-Defendant in this suit, and as per the suits complaint, Judge Blackburn has committed Ultra-Vires Acts constituing Crimes PREVIOUS TO THE INSTANT SUIT, where TWO OTHER CIVIL RIGHT SUITS TO THESE SAME R.I.C.O FACTS HERE, HAVE BEEN UNDULY AND ILLEGALLY DISMISSED BY JUDGE BLACKBURN.

(9) ON JUNE 18,2007, JUDGE JAMES ROBERTSON DID (1)-DISMISS PLAINTIFF'S CLAIMS AGAINST THE JEFFERSON COUNTY,AL, DEFENDANTS CITING THAT "THE LONG ARM STATUTE" OF THE DISTRICT OF COULMBIA DOES NOT PERMIT JURSIDICTION-"OVER A STATE", where it is clear by Plaintiff's COmplaint that HE IS NOT SUING "THE STATE OF ALABAMA", and Plaintiff's filed OBJECTIONS to Attorney General's -"Motion to DIsmiss", clearly show that The State Attorney General -DOES NOT HAVE AUTHORITY TO PROTECT THE STATE DEFENDANTS AS "STATE AGENTS",WHEN THEY HAVE CLEARLY ACTED OUTSIDE THE SCOPE OF THEIR AUTHORITY-WITHOUT ANY AUTHORITY-AND WHILE COMMITTING SERIOUS STATE AND FEDERAL CRIMES,i.e., "Kidnapping",inter alia.

(10). JUDGE ROBERTSON,DID, IN THE SAME ORDER-DISMISS PLAINTIFF"S "MOTION FOR TEMPORARY RESTRAINING ORDER   -WITHOUT CITING ANY REASONS OR GROUNDS OR OPINION FOR THIS SUMMARY DENIAL.

(11.) JUDGE      ROBERTSON ALSO CLAIMED IN THE ORDER, THAT PLAINTIFF"S UNDERLINING AND BOLD FACE LETTERS CONFUSES HIM WHERE PLAINTIFF'S SERIOUS FACTS OF KIDNAPPING APPARENTLY- DOES-NOT BOTHER JUDGE ROBERTSON AT ALL.

(PAGE FOUR)

(12.) ROBERTSON QUESTIONS WHETHER PLAINTIFF"S COMPLAINT SHOULD "SHOULD BE ALLOWED TO PROCEED TO THE POINT"...Where the other Defendants--"Must arrange for counsel to respond to-"Plaintiff's Facially Frivoluos Complaint". Id.-PAGE 2, Judge's MEMORANDUM, June 18, 2007.

Judge Robertson's Motives in Dismissing Complaint Against Clearly Culpable State Defendants, on Erroneous Grounds that "The Long Arm" Statute of The District of Columbia does not provide for Jurisdiction, is a Plain Error in this Case, as it is more than clear that Plaintiff's Complaint does not expend itself upon The State of Alabama's Treasury, and where it is equally clear, by the Evidence adduced already, that the State Defendants were Not Acting in The Scope of Their Authority when They Manufactured Fake Arrest Warrant, and then committed Serious State and Federal crimes in this case. Therefore, where the "Long Arm" Statute does not permit Jurisdiction over "A STATE", it appears Robertson has intentionally used twisted logic to his decision to Dismiss against The State Defendants, which has been Appealed, and Obstructed Justice to Plaintiff.

Robertson is Apparently More Concerned with Plaintiff's FORM- of TYPING-(DUE TO A DYSFUNCTIONAL TYPEWRITER)-THAN ACCORDING- PLAINTIFF ANY JUSTICE IN AN VALID COMPLAINT WHERBY HE CONTINUES-

-SUFFERING AN ILLEGAL CONFINEMENT AND FINANCIAL DAMAGES AS RESULT OF THE SERIOUS PREDICATE ACTS OF THE R.I.C.O. CONSPIRACY.

ROBERTSON'S COMMENTS THAT THE FEDERAL JUDGES, THE ATTORNEY GENERAL AND THE OTHER FEDERAL DEFENDANTS WILL HAVE TO ACQUIRE COUNSEL, IS AN <u>INVALID REASON FOR EVEN CONSIDERING DISMISSAL OF THE (REMAINING DEFENDANTS)</u>.

FINALLY ROBERTSON"S ACTIONS OF DISMISSING THE "TEMPORARY RESTRAINING ORDER" -WITHOUT ANY OPINION-AND TAKEN IN THE TOATLITY OF THE CIRCUMSTANCES, <u>ALONG WITH THE COMMENT THAT THE COMPLAINT IS -"FACIALLY FRIVOLOUS"</u>, CLERALY SHOWS A BIAS TOWARD PLAINTIFF, A PARTIALITY TOWARD DEFENDANTS, AND APPEARS THAT ROBERTSON HAS NO INTENTION OF BEING FAIR TO PLAINTIFF IN THIS CASE. JUDGE ROBERTSON HAS DENIED PLAINTIFF DUE PROCESS.

> [9,10] "under 28 U.S.C. §455(a), a district Judge must recuse himself "in any proceeding in which his impartiality might be reasonably questioned". <u>THOMAS V. TENNECO PACKAGING CO.,INC.</u> 293 F 3d 1306 (11th Cir.2002)

"Under §455, the standard is whether an objective, fully informed lay observer would entertain signifcant doubt about the Judge's Impartiality".<u>CHRISTO V. PADGETT</u>, 223 F 3d 1324, 1333 (11th Cir.), <u>Cert denied, 531 U.S 1191</u>, 121 S Ct. 1190,-

480 L Ed. 2d 106 (2001).

Furthermore, "[t]he general rule is that bias suffcient to disqualify a Judge must stem from from from extrajudicial sources". HAMM- V. BOARD OF REGENTS, 708 F 2d 647,651 (11th -Cir. 1983). The exception to the Rule is:

> when a Judge's remark's in a Judicial Context
> demonstrate such pervasive bias and prejudice that
> it constitutes bias against a party" Id.    TENNECO,1329

IN CONCLUSION,

INTER ALIA, TO HAVE ALREADY ERRONEOUSLY DISMISSED THE STATE DEFENDANTS FROM THE COMPLAINT IN THE FACE OF UNCONTESTED-FACTS CONSTITUTING KIDNAPPING, WHERE THESE DEFENDANTS ARE IN CLEAR AND RUTHLESS VIOLATIONS OF THE 4th,5th AND 14th AMENDMENTS, AND STATE AND FEDERAL CRIMINAL STATUTES, THEN FOR JUDGE ROBERTSON TO LABEL PLAINTIFF'S COMPLAINT- "FACIALLY FRIVOLOUS", WHERE PLAINTIFF APPARENTLY CONTINUES TO BE INJURED BY THESE FACTS, IS UNFAIR, UNREASONABLE, EXTRA- JUDICIAL AND SUSPECT. PLAINTIFF SO MOVES, AND JUDGE ROBERTSON -MUST RECUSE HIMSELF.

DONE, THIS 27 DAY OF JUNE, 2007,

RESPECTFULLY SUBMITTED,

/s/ _____
DANIEL L. DUMONDE, PLAINTIFF

(PAGE 7.)

## PROOF OF SERVICE

That I, DANIEL L. DUMONDE, PLAINTIFF, IN THE REFERNCED R.I.C.O. Civil Action, DO HEREBY SWEAR AND AFFIRM THAT I HAVE CAUSED A TRUE COPY OF "MOTION FOR JUDGE ROBERTSON'S-RECUSAL" TO BE SENT VIA U.S. MAIL, POSTPAID, TO THE FOLLOWING PARTIES:

SENATORS: Senate Judciary Committee

1. PATRICK J. LEAHY;

2. ARLEN SPECTER

3. CHARLES SCHUMER

4. JOHN KYL

5. JEFF SESSIONS

Rosemary Barkett, Judge
11th Circuit
56 Forsyth St. N.W
Atlanta, Georgia, 30303

Honorable Anderson R. Lanier, III
Eleventh Circuit Court of Appeals
56 Forsyth Street, NW
Atlanta, GA 30303

Michael Billingsley, Esq.
Assistant US Attorney
1801 Fourth Avenue N
Birmingham, AL 35203

Honorable Sharon Lovelace
US District Court Judge
1729 5th Avenue N
Birmingham, AL 35203

Honorable Joel Dubina
Eleventh Circuit Court of Appeals
56 Forsyth Street NW
Atlanta, GA 30303

John Felton, Esq.
Assistant US Attorney
1801 Fourth Avenue N
Birmingham, AL 35203

J. MATT BLEDSOE
ASSISTANT ATTY. GENERAL
STATE OF ALABAMA
11 SOUTH UNION ST.
MONTGOMERY, ALABAMA,
36104

Alberto Gonzales, Esq.
US Attorney General
10th & Constitution Avenue NW
Washington, DC 20530

Agent Phil Holley
US Secret Service
15 S. 20th Street, Suite 1125
Birmingham, AL 35233

Alice Martin, Esq.
US Attorney
1801 Fourth Avenue N
Birmingham, AL 35203

Honorable Gerald Tjoflat
Eleventh Circuit Court of Appeals
56 Forsyth Street NW
Atlanta, GA 30303

Marshal Gail Weiss
US Marshal's Office
1729 5th Avenue N
Birmingham, AL 35203

DONE, THIS 27 DAY OF JUNE, 2007

/s/ _[signature]_
DANIEL L. DUMONDE, Plaintiff