ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JUL 1 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DANIEL L. DUMONDE,                *
         Plaintiff,               *
                                  *
VS.                               *     CASE No. 07-cv-0715-JR
                                  *
                                  *
JEFFERSON COUNTY, ALABAMA,        *
ALBERTO GONZALES, et.al.,         *
         Defendants.              *
_____/

OBJECTION TO APPEARANCE OF COUNSEL
REPRESENTING DEFENDANTS IN OFFICIAL CAPACITY

COMES NOW PLAINTIFF, DANIEL L. DUMONDE, by and through himself, and OBJECTS TO APPEARANCE OF COUNSEL. For this purpose Plaintiff Objects as follows:

(1.) PLAINTIFF IS <u>NOT SUING ANY OF THE DEFENDANTS IN AN OFFICIAL CAPACITY.</u>

(2) DEFENDANTS WERE NOT ACTING IN ANY "OFFICIAL CAPACITY" WHILE KNOWING THAT JURISDICTION WAS LACKING.

(3) THAT JURISDICTION WAS LACKING IS SHOWN BY PROOFS POSTIVE: -THE FEDERAL GOVERNMENT DEFENDANTS UNDERSTAND THE SIMPLE LANGUAGE OF THE FOURTH AMENDMENT. HERE, THE ONLY INSTRUMENTS USED TO SEIZE PLAINTIFF FROM HIS HOME, IN AN <u>UNBROKEN CHAIN OF CUSTODY ON THE SAME EXACT FACTS</u>- ARE A <u>FICTION OF LAW</u>. (Refer to <u>Exhibits "G","J",-and "L"</u> of Complaint)

(4) THE DEFENDANTS HAVE NOT MERELY ACTED OUTSIDE THE SCOPE OF THEIR AUTHORITY, THEY HAVE ACTED <u>WITHOUT ANY AUTHORITY.</u>

(PAGE ONE)

(5) ON 6/26/2007, SPECIAL ASSISTANT UNITED STATES ATTORNEY, QUAN K. LUONG SUBMITTED "NOTICE OF ENTRY OF ATTORNEY -APPEARANCE".

(6) PLAINTIFF OBJECTS THAT THE U.S. ATTORNEY CANNOT REPRESENT THE DEFENDANTS IN THEIR INDIVIDUAL CAPACITY, HAS APPEARED ONLY TO REPRESENT THE DEFENDANTS IN THEIR "OFFICIAL CAPACITY", WHERE PURSUANT TO A KIDNAPPING BY FICTITIOUS AND FRAUDULENT INSTRUMENTS PURPORTING TO BE "ARREST WARRANT" AND "PROBABLE CAUSE" AFFIDAVIT-(EXHIBITS "G"&"J"), -PERSONAL JURISDICTION OF PLAINTIFF AS (Then detainee/defendant)-WAS NEVER OBTAINED, -NOR NOW EXISTS.

ON THE ABOVE PREMISES CONSIDERED, DEFENDANTS ARE ILLEGALLY AND IMPROPERLY REPRESENTED, AND PLAINTIFF OBJECTS TO THIS COUNSEL'S APPEARANCE.

RESPECTFULLY SUBMITTED,

THIS____DAY OF JULY, 2007,

By:

/s/_____
DANIEL L. DUMONDE, PRO-SE
PLAINTIFF,
#21609-001, MOBILE-B
F.P.C. MAXWELL AIR FORCE BASE
MONTGOMERY, AL., 36112

(PAGE TWO)

## PROOF OF SERVICE

THAT I , DANIEL L. DUMONDE, PLAINTIFF IN THE ABOVE REFERENCED CIVIL R.I.C.O. ACTION, DO HEREBY SWEAR AND AFFIRM THAT I HAVE CAUSED TRUE COPY OF THE FOREGOING'"**OBJECTION TO APPEARANCE OF COUNSEL REPRESENTING DEFENDANTS IN OFFICIAL CAPACITY**" TO BE SENT VIA U.S. MAIL, POSTPAID, TO:

QUAN K. LUONG,
Special Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W. -Room E4417
Washington, D.C., 20530

J. MATT BLEDSOE,
Assistant Attorney General,
State of ALabama
11   S. UNION STREET
MONTGOMERY, ALABAMA, 36112

DONE, THIS ____ DAY OF **JULY, 2007,**

By-
/s/ [signature]
DANIEL L. DUMONDE, PLAINTIFF, PRO-SE
#21609-001, MOBILE-B
FPC MAXWELL AIR FORCE BASE
MONTGOMERY, ALABAMA, 36112

(PAGE THREE)

| | |
|---|---|
| WEISS, GAIL, U.S. MARSHAL,<br>1729 5TH AVENUE NORTH,<br>BIRMINGHAM, ALABAMA, 35203<br><br>U.S. MARSHAL-GAIL WEISS' PARTNER<br>ON APRIL 28, 2004, 8.A.M.<br><br>BARKETT, ROSEMARY, JUDGE,<br>ELEVENTH CIRCUIT,<br>56 FORSYTH ST.,<br>ATLANTA, GEORGIA, 30303 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF ENTRY OF ATTORNEY APPEARANCE

**THE CLERK OF THE COURT** will please enter the appearance of Special Assistant United States Attorney Quan K. Luong as counsel of record for the Federal Defendants in their official capacity, in the above-captioned civil action.

Respectfully submitted,

\_\_\_\_\_/s/\_\_\_\_\_
QUAN K. LUONG
Special Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W. - Room E4417
Washington, D.C. 20530
(202) 514-9150
quan.luong@usdoj.gov