IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DANIEL L. DUMONDE, \*

    Plaintiff/Appellant, \*

VS. \*

    \* CASE NO. 07-cv-00715 (JR)

JEFFERSON COUNTY, ALABAMA; R.- \* USCA No. 07-5250

Lanier Anderson, Et.Al., \*

    Defendants/Appellees. \*

    /

RECEIVED
JUL 3 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION TO PROCEED IN FORMA-PAUPERIS ON APPEAL

COMES NOW THE PLAINTIFF/APPELLANT, DANIEL L. DUMONDE, by and through Himself, in the above referenced Civil Action and Moves in this Honorable Court to Proceed in Forma-Pauperis on Appeal, pursuant to 28 U.S.C. §1915(a)(1), and Attaches here Affidavit including all assets in possession of this prisoner/Plaintiff/Appellant, and hereby States that he Unable to Pay the Costs of his Appeal-at this time. Plaintiff submits this Motion in Good Faith, understanding the Law sufficient to reasonable Belief that he is Entitled to relief of this Court's Order of 6/18/2007, (Entry #11) Dismissing Defendants.

So Sworn under Penalty for Perjury, 28 U.S.C.§-1621, and §1746.

RESPECTFULLY SUBMITTED,

THIS 25 DAY OF JULY, 2007,

/s/ *signature*
DANIEL L. DUMONDE, PLAINTIFF,
-PRO-SE.

(1-of 1), Plus Attachment, Affidavit

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0.-26.00 | $ N/A | $ 0-26.00 | *$ N/A |
| Self-employment | $ NONE | $ N/A | $ NONE | $ N/A |
| Income from real property (such as rental income) | $ .0 | $ N/A | $ .0 | $ N/A |
| Interest and dividends | $ .0 | $ N/A | $ .0 | $ N/a |
| Gifts | $ 186.00 | $ N/A | $ 186.?? | $ N/a |
| Alimony | $ NONE | $ N/A | $ NONE | $ N/a |
| Child support | $ NONE | $ N/A | $ NONE | $ N/a |
| Retirement (such as social security, pensions, annuities, insurance) | $ NONE | $ N/A | $ NONE | $ N/a |
| Disability (such as social security, insurance payments) | $ NONE | $ N/a | $ NONE | $ N/a |
| Unemployment payments | $ NONE | $ N/a | $ NONE | $ N/a |
| Public-assistance (such as welfare) | $ NONE | $ N/a | $ NONE | $ N/a |
| Other (specify): _____ | $ NONE | $ N/a | $ NONE | $ N/a |
| Total monthly income: | $ 186.00 | $ N/a | $ NONE | $ N/a |

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | INCARCERATED SINCE | OCTOBER 23, 2003 |
| N/A | N/A | " " " " " " " " " | |
| " " | N/A | | |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | UNMARRIED/DIVORCED | | N/A |
| " " | | | |
| " " | | | |

4. How much cash do you and your spouse have? $ N/A

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| −NONE | NONE | $ NONE | $ N/A |
| −NONE | " " | $ " " | $ N/A |
| −NONE | " " | $ " " | $ N/A |

**If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.** −***PRISONER ACCOUNT ATTACHED.

5. List the assets, and their values, that you own or your spouse owns. Do not list clothing and ordinary household furnishings.

Home (Value)  NONE
" "

Other real estate (Value)  NONE
NONE

Motor vehicle # 1  NONE  (Value)
Make & year: NONE
Model: N/A
Registration #. N/A

Motor vehicle #2  NONE  (Value)
Make & year  N/A
Model: N/a
Registration #: N/a

Other Assets (Value)
NONE
NONE
NONE

Other Assets (Value)
NONE
NONE
NONE

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/a | NONE | N/A |
| NONE | " " | " " |
| NONE | " " | " " |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| NONE | N/A | N/A |
| NONE | N/A | N/a |
| NONE | N?A | N/a |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semi-annually, or annually to show the monthly rate.

| | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ N/A -None | $ N/A |
| Are real-estate taxes included? | [ ] Yes [ ] No  N/A | |
| Is property insurance included? | [ ] Yes [ ] No  N/A | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ N/A | $ N/A |
| Home maintenance (repairs and upkeep) | $ N/A | $ N/A |
| Food | $ N/A | $ N/A |
| Clothing | $ N/A | $ N/A |
| Laundry and dry-cleaning | $ N/A | $ N/A |
| Medical and dental expenses | $ N/A | $ N/A |
| Transportation (not including motor vehicle payments) | $ N/A | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ N/A | $ N/A |
| Insurance (not deducted from wages or included in mortgage payments) | $ N/A | $ N/A |
| Homeowner's or renter's | $ N/A | $ N/A |
| Life | $ N/A | $ N/A |
| Health | $ N/A | $ N/A |
| Motor Vehicle | $ None | $ N/A |
| Other: None  N/A | $ None | $ N/A |
| Taxes (not deducted from wages or included in mortgage payments) (specify): N/A | $ None | $ N/A |
| Installment payments | $ .0 | $ .0 N/A |
| Motor Vehicle | $ .0 | $ N/A |
| Credit card (name): None | $ .0 | $ N/A |
| Department store (name): N/A | $ .0 | $ N/A |
| Other: None | $ .0 | $ N/A |
| Alimony, maintenance, and support paid to others | $ .0 | $ N/A |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ 0 | $ 0. N/A |
| Other (specify): None | $ .0 | $ .0 |
| Total monthly expenses: | $ 0 | $ .0 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

[ ] Yes   [X] No   If yes, describe on an attached sheet.

10. Have you paid—or will you be paying—an attorney any money for services in connection with this case, including the completion of this form?\

[ ] Yes   [X] No

If yes, how much? $ .0   N/A

If yes, state the attorney's name, address, and telephone number:
N/A.

11. Have you paid—or will you be paying—anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

[ ] Yes   [X] No

If yes, how much? $ .0

If yes, state the person's name, address, and telephone number:
N/A – PRO SE.

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.  I was Legally Declared Medically Disabled TWO-YEARS PRIOR TO BEING INCARCERATED FOR THE LAST (NEAR)-FOUR YEARS, and My sole-income was S.S.I. BENEFITS. I Continue to represent Myself in all-legal matters, and I Rely Solely on Small Gifts to Buy Stamps, Envelopes -Etc., for which to litigate my legal Issues, with Negligible Balance.

13. State the address of your legal residence:
DANIEL L. DUMONDE
#21609-001, MOBILE-B
F.P.C. MAXWELL AIR FORCE BASE
MONTGOMERY, ALABAMA, 36112

Your daytime phone number: (___)-UNKNOWN (PRISON NUMBER) F.P.C. MONTGOMERY, Al.
Your age: 55   Your years of schooling: N/A→(12)
Your social-security number: 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

THE ABOVE SWORN UNDER PENALTY FOR PERJURY, 28 U.S.C.-§1621, and §1746, THIS 25 DAY OF JULY, 2007,

By-
/s/ [signature]
DANIEL L. DUMONDE, PLAINTIFF, PRO-SE