RECEIVED
SEP 11 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL L. DuMONDE, | * |
|     Plaintiff, | * |
| V. | *    CASE No. 07-0715-JR |
| JEFFERSON COUNTY, ALABAMA, | * |
| -BOBBIE JACKSON, et.al., | * |
|     Defendants. | / |

## NOTICE OF LIS PENDENS

TAKE NOTICE that BOBBIE JACKSON, of 3700 CHARLESTON LANE, BIRMINGHAM, ALABAMA, 35216, HAS BEEN NAMED DEFENDANT in the above Referenced lawsuit, and is OTHERWISE LIABLE TO PLAINTIFF.

PLAINTIFF SUES THE DEFENDANT INDIVIDUALLY AND SEVERALLY WITH OTHER DEFENDANTS, FOR IN THE AMOUNT OF.........$1,033,069. (ONE MILLION-THIRTY THREE THOUSAND AND SIXTY NINE DOLLARS IN THE ABOVE CASE.

PLAINTIFF CLAIMS ENTITLEMENT TO THE DEFENDANT'S PROPERTY, ONE-HOUSE LOCATED AT 3700 CHARLESTON LANE, BIRMINGHAM, AL., 35216, AND DOES SEEK ADDITIONAL DAMAGES, TOTALING $3,99, 207.00.

FOR WHICH ANY AND ALL PROPERTY IN THE NAME OF BOBBIE JACKSON IS LIABLE IN JUST COMPENSATION TO PLAINTIFF.

          NOTICE FILED IN THE U.S. DISTRICT COURT ABOVE
          AND DATED _10_ DAY OF SEPTEMBER, 2007

          /s/ _[signature]_
          DANIEL L. DUMONDE, PLAINTIFF, PRO-SE

## CERTIFICATE OF SERVICE

I, DANIEL L. DuMONDE, PLAINTIFF AND CLAIMANT in the fore--going NOTICE OF LIS PENDENS, Have Caused True Copy of Same to be placed in the U.S. MAIL BOX, correct U.S. Postage Affixed, and mailed to the following Party:

M(S) BOBBIE JACKSON
3700 CHARLESTON LANE
BIRMINGHAM, ALABAMA, 35216

BY AUTHORITY OF TITLE 28, U.S.C., §1746, THIS INSTRUMENT IS SO SWORN, AND CERTIFIED, UNDER PENALTY FOR PERJURY,

& DONE, THIS _10_ DAY OF SEPTEMBER, 2007,

By-
/s/ Daniel L. DuMonde
DANIEL L. DuMONDE, PRO-SE
#21609-001, MOBILE-B
FPC MAXWELL AIR FORCE BASE
MONTGOMERY, ALABAMA, 36112

(2).