UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DANIEL L. DUMONDE,              :
                                :
        Plaintiff,              :
                                :
    v.                          :   Civil Action No. 07-0715 (JR)
                                :
JEFFERSON COUNTY ALABAMA, *et   :
al.*,                           :
                                :
        Defendants.             :

### ORDER

It is by the Court *sua sponte* **ORDERED** that the "notice of lis pendens" [#22] filed by plaintiff on 9/11/07 is **stricken**. The person against whose property the lis pendens purportedly lies has never been served and is not a party to this action. Plaintiff will **take notice** that the filing of any further abusive or harassing documents may result in the termination of his suit.


                                    JAMES ROBERTSON
                              United States District Judge