UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DANIEL L. DUMONDE,                :
                                  :
       Plaintiff,                 :
                                  :
   v.                             :   Civil Action No. 07-0715 (JR)
                                  :
JEFFERSON COUNTY ALABAMA, *et*    :
*al.*,                            :
                                  :
       Defendants.                :

### ORDER

Plaintiff has objected [16] (not directly responded) to this Court's order of June 18, 2007 [11] ordering him to show cause why the complaint should not be dismissed against each of the remaining defendants, and he has filed a "motion to take judicial notice" [14], a "motion for recusal," [15], and a "motion for preliminary injunction" [19]. He has also noticed an interlocutory appeal of the June 18, order. It is by the Court *sua sponte*.

**ORDERED** that all further proceedings in this case are **stayed** pending the disposition of plaintiff's appeal.


                                      JAMES ROBERTSON
                           United States District Judge