# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

| | |
|---|---|
| **No. 07-5250** | **September Term, 2007** |
| | 07cv00715 |
| | Filed On: |

Daniel Lafitte Dumonde,
   Appellant

v.

R. Lanier Anderson, III, Judge, U.S. Eleventh Circuit, et al.,
   Appellees



**BEFORE:** Ginsburg, Chief Judge, and Sentelle and Brown, Circuit Judges

### O R D E R

  Upon consideration of the motion for leave to file an interlocutory appeal and brief in support thereof; the motions for summary affirmance and the responses thereto; the motion to dismiss and the response thereto; and the motion to strike motion to dismiss, it is

  **ORDERED** that motion for leave to file an interlocutory appeal from the district court's order, filed June 18, 2007, be denied. Appellant has not met his burden of establishing that exceptional circumstances warrant an immediate appeal. See Coopers & Lybrand v. Livesay, 437 U.S. 463, 475 (1978); 28 U.S.C. §§ 1291 & 1292; Fed. R. Civ. P. 54(b). It is

  **FURTHER ORDERED** that the remaining motions be dismissed as moot.

  Because no appeal has been allowed, no mandate will issue. The Clerk is directed to transmit a copy of this order to the district court.

**Per Curiam**
