UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DANIEL L. DUMONDE,                    :
                                      :
        Plaintiff,                    :
                                      :
    v.                                :   Civil Action No. 07-0715 (JR)
                                      :
JEFFERSON COUNTY ALABAMA, *et al*.,   :
                                      :
        Defendants.                   :

### ORDER

In view of the Court of Appeals order denying plaintiff's motion for leave to file an interlocutory appeal [see 25], it is **ORDERED** that the stay imposed by my order of December 7, 2007 [24] is **vacated**; **FURTHER ORDERED** that plaintiff's "motion to take judicial notice" [14], "motion for recusal," [15], and "motion for preliminary injunction" [19] are **denied**; and **FURTHER ORDERED** that plaintiff may have an additional 21 days, to and including February 19, 2008, in which to respond to this Court's order of June 18, 2007 [11] ordering him to show cause why the complaint should not be dismissed against each of the remaining defendants.


                                          JAMES ROBERTSON
                                     United States District Judge