UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DANIEL L. DUMONDE,                :
                                  :
    Plaintiff,                    :
                                  :
  v.                              :   Civil Action No. 07-0715 (JR)
                                  :
JEFFERSON COUNTY ALABAMA, *et     :
al.*,                             :
                                  :
    Defendants.                   :

## ORDER

On June 18, 2007, plaintiff was ordered to show cause "why the complaint should not be dismissed as to each and every one of the named defendants except the Attorney General, for want of personal jurisdiction, and as to the Attorney General, for want of any allegations of wrongdoing against him."  That order was stayed, on December 7, 2007, pending plaintiff's appeal, but the stay was vacated on January 29, 2008, and plaintiff was given an additional 21 days, until February 19, 2008, to respond to the order to show cause.  He did not file a response before that extended deadline, nor has he filed any response up to and including the date of this order.  It is accordingly **ORDERED** that plaintiff's complaint is **dismissed**, as to each and every one of the named defendants except the Attorney General for want of

personal jurisdiction, and, as to the Attorney General, for want of any allegations of wrongdoing against him.

                                          JAMES ROBERTSON
                               United States District Judge