IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DANIEL L. DUMONDE,
    PLAINTIFF,

v.                                    CASE NO. 07-0715 (JR)

JEFFERSON COUNTY ALABAMA,
et. al.,    DEFENDANTS

## NOTICE OF APPEAL

COMES THE PLAINTIFF, DANIEL LAFITTE DUMONDE, AND GIVES NOTICE OF APPEAL TO THE U.S. COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA, OF <u>ORDER of DISTRICT COURT of July 24, 2008,</u> DISMISSING THE ABOVE COMPLAINT

NOTICE, GIVEN THIS 28 DAY OF July, 2008.

BY- /s/ Daniel L. Dumonde
DANIEL L. DUMONDE, PLAINTIFF, PRO-SE
1900 BEECH AVE. SE
CULLMAN, ALABAMA, 35055

**RECEIVED**
JUL 3 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY THAT NOTICE OF APPEAL IN CASE No. 07-0715-JR, HAS BEEN SENT TO THE following PARTY VIA U.S. MAIL POStPAID

U.S. ATTORNEY'S OFFICE
501 3RD STREET, NW
WASHINGTON, D.C. 20001

SO SWORN, AND DONE
This 28 DAY of July, 2008.
BY-
/S/ Daniel L. Dumonde
DANIEL L. DUMONDE, Plaintiff/Appelant
1900 BEECH AVE SE
CULLMAN, Al. 35055
        -PRO-SE

(PAGE TWO)

DEAR CLERK,
 Please TRANSMIT NOTICE TO U.S. COURT OF APPEALS (D.C.)
(2) Please TAKE NOTICE OF Change of Address:
→ DANIEL L. DUMONDE
1900 BEECH AVE SE
CULLMAN, Al. 35055
    Thank You